UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2016 OCT -3 P 12: 10

US DISTRICT COURT
HARTFORD CT

ELLEN OXMAN,
PLAINTIFF PRO SE,

v.

CIVIL CASE NO. 3:16-cv-01304-MPS
COMPLAINT FOR DAMAGES,
INCLUDING DECLARATORY AND
INJUNCTIVE RELIEF PURSUANT TO
42 U.S.C. 1983
JURY DEMAND

JOHN CRAIG OXMAN, et al
DEFENDANTS
JOHN DOES 1-20
JANE DOES 1-20
DEFENDANTS

## AMENDED COMPLAINT

ELLEN OXMAN, Plaintiff pro se, hereby files this Amended Complaint,
Complains of the Defendants and alleges:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court over Plaintiff's claims is predicated on 28
   U.S.C. 1332. Plaintiff has amended the complaint to properly and
   legally comply with diversity. Thus, to clarify diversity of
   citizenship, the named Defendants have complete diversity of
   citizenship between Plaintiff and Defendants in this Amended
   Complaint. The Defendants who lacked diversity, named in the
   original complaint, are relevant as alleged willful material witnesses
   aligned with those Defendants now properly named. Plaintiff has

1

sustained irreparable injury and financial losses far in excess of $75,000.00.

2.   This Court has jurisdiction over this action under 28 U.S.C. 1331 (Federal question), 28 U.S.C. 2201 (Declaratory Judgment Act).

3.   This Court has jurisdiction over this action under of Title II American with Disabilities 1990 ("ADA").  Plaintiff is disabled and G.G.O., the oldest child of the marriage, was born with a hearing disability requiring certain interventions (surgical and other), and special aids.

4.   This Court has jurisdiction over this action under color of law depriving Plaintiff of her Constitutional Rights to Due Process 28 U.S.C. 1983 1988, 28 U.S.C. 1331 1343 Rights of Due Process.

5.   CIVIL RIGHTS LIABILITY UNDER 42 U.S.C. § 1983: 42 U.S.C. § 1983, commonly referred to as "section 1983" provides:

6.   Every person who under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and

<u>laws, shall be liable to the party injured in an action at law, Suit in equity, or other proper proceeding for redress</u>, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

7. The traditional definition of acting under the color of state law requires that the defendant has exercised power "possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law and such actions may result in liability even if the defendant abuses the position given to him by the state."

8. A private actor may also act under color of state law under certain circumstances. For example, it has been held that a physician who contracts with the state to provide medical care to inmates acts under the color of state law. For all practical purposes, the "color of state law" requirement is

identical to the "state action" prerequisite to constitutional liability, as will be shown in this matter before the court.

9. The Supreme Court has held that the Due Process Clause was not intended to supplant tort law, or to become "a font of tort law to be superimposed upon whatever systems may already be administered by the states"- Against this backdrop, to state a claim for a deprivation of Due Process, a plaintiff must show: (a) s/he possessed a constitutionally protected property interest; and (b) that s/he was deprived of that interest without due process of law. Plaintiff makes a prima facie case in this Amended Complaint.

10. Due process property interests are created by "existing rules or understandings that stem from an independent source such as state law--rules or understanding that secure certain benefits and that support claims of entitlement to those benefits."-To have a property interest protected by the Due Process Clause, "a person must have more than an abstract need or desire for it. He must have more than a unilateral

expectation of it. S/he must, instead, have a legitimate claim of entitlement to it, or properly 'be preceded by notice and opportunity for hearing appropriate to the nature of the case…'"

11.     The Bill of Rights protects such fundamental rights and has likewise held that they apply to the states through the "liberty" interest of the Due Process Clause

12.     The Constitution of the United States Article VI  "This Constitution…shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding. The Senators…and all executive and judicial officers, both of the United States, shall be bound by oath or affirmation, to support this Constitution"

13.     "SHALL BE BOUND BY OATH OR AFFIRMATION": is a key concern first and foremost throughout Plaintiff's case before the Court.  The original judge, Saralee Evans, had no legitimate oath, and the lawyers for Plaintiff and Defendant are alleged herein to have perjured themselves (the latest being the January 2016 Affirmation

of Attorney Sheila Riesel of Blank/Rome, a 300 plus page document, allegedly filled with perjury and fraud that Attorney Riesel submitted, under oath, as an officer of the court, to the New York Court of Judge Laura Drager.

14.    In open court and on the record, Judge Drager and Attorney Riesel detailed their "closeness" as cozy court "allies" of decades, their public statements implying collusion, in this matter, and by extention, in other pre-ordained matters between these officers of the court. This becomes an issue of public concern, not limited to "one event" but rather a decades-long outline of an "inner circle" of lawyers working with the court to accomplish results already decided before the doors are ever open to "the public" at large.

15.    Attorney Riesel's Affirmation of January 2016 is one whereby Attorney Sheila Riesel is alleged to having committed serious perjury in this matter. To restate, Plaintiff attempted to resolve these present allegations prior to this Federal court filing by filing a Pro se Notice of Motion in Manhattan Supreme Court, in December of 2015, whereby the Court (Judge Laura Drager) was presented with the allegedly fraudulent Greenwich Quitclaim Deeds, submitted with an Expert Opinion Report, and all relevant allegations thereof, as well as the other fraudulent documents.

Judge Drager's response was to ignore the full spectrum of allegedly illegal documents, and side with the alleged fraud. Of the allegedly forged Greenwich Quitclaim Deeds, Judge Drager stated on the record that it was "not properly before the NY Court" and "therefore it would have to be dealt with in Connecticut" or words to that effect, stated, on the court record (transcript).

16.      Judge Laura Drager is notorious for denying justice to female litigants, biased against them and their children. As Plaintiff is a woman, Judge Drager has shown yet again that she has no qualms about denying justice to women and children in her court. Plaintiff signed a petition against this judge in the recent past, as Plaintiff had attended many hearings in support of other women who were before her Court. Plaintiff filed a document formally requesting that the judge, in December 2015, recuse herself. Judge Drager refused. Plaintiff then filed a legal and timely motion of discontinuance without prejudice, in January 2016, and was denied that request by Judge Drager as well, since there was, it's alleged, a "plan" in the works to force an illegally obtained judgment/an illegal Settlement which resulted in the allegedly forged Greenwich Quitclaim Deeds to be left in place. Plaintiff was told by the Court's trial support office that she was deliberately placed before Judge Drager. They made clear it was not random, but a deliberate event to put Plaintiff before

Judge Drager's court.  Plaintiff was illegally denied due process in Manhattan Supreme Court yet again.

17.     In this respect, The New York Court's final response was to threaten Plaintiff's rights to free speech (A clear First Amendment Violation) in an "Order" that states if Plaintiff does not abide by the "Order", the Court shall subject Plaintiff to penalties for civil contempt. Plaintiff is rightfully concerned that Judge Laura Drager will use this present Federal Court document against her as a finding for Civil Contempt, but Plaintiff has no choice but to again state the truth, state the facts, and stand up for her rights, to set the record straight, as Plaintiff has been forced into being a victim of Fraud Upon the Court, full denial of her Constitutional Rights, no Due Process and now is threatened with Civil Contempt if she says "something" that Judge Drager deems to be against her "Order", depriving Plaintiff of Freedom of Speech, in violation of the First Amendment of the Constitution.   The Order, vague in its language, and dangerous, if left unaddressed, will hang over Plaintiff's head as a Sword of Damocles, in perpetuity, which was the point.  Further, Plaintiff alleges that Judge Drager's recent "Orders" are void, as they are based upon prior proceedings that are "void ab initio", and so the NY Court tactics are "in terrorem", in this regard. Plaintiff alleges that the Court is protecting its "turf".  Plaintiff clearly demonstrated, without a doubt, that the Plaintiff and the Defendant,

John Craig Oxman, were not on a "level playing field", by any means;
the Defendant John Craig Oxman, and his two (2) law firms,
Blank/Rome and Bronstein Van Veen, "called the shots". Plaintiff
was kept in the dark, excluded from Court hearings, and documents
were produced without the Plaintiff's knowledge or consent by
attorneys never hired by the Plaintiff, ever, documents that bear
Plaintiff's "signature". That a court would blatantly ignore such
clear and precise documentation, presented by a non-lawyer, a pro
se litigant, is a concern. That a court, instead, would issue an "order"
that threatens "civil contempt" for the Plaintiff's right to speak truth
to power, speaks volumes.

18.     The New York court made clear that the Greenwich Quitclaim
Deeds, alleged to be fraudulent, before the New York Court, were not
to be dealt with by the New York Court; it was a matter for a
Connecticut Court.

19.     Plaintiff alleges that this is a Civil Rights matter, that this is
Fraud, Forgery, Conversion, Breach of Fiduciary Duties, Intentional
Infliction of Emotional Distress, Unjust Enrichment, Federal Identity
theft, a violation of VAWA, 42 U.S.C. subchapter III – Violence
Against Women, and a violation of 42 U.S.C. Code Part D – Equal
Justice for Women in Court, 18. U.S.C. 1964 – Civil Remedies,  et al.

## FACTS AND PROCEDURAL HISTORY

20.       The prior "judge" in Manhattan Supreme Court, Saralee

Evans, was a "TRESPASSER ON THE COURT". The "judge's" Oath of

Office, as shown, was and remains illegal, void, never filed in the

Office of the City Clerk, a product of notary fraud, never filed as per

the law, as justice requires. As an Oath of Office, Judge Saralee

Evans's "Oath" is void. A true and correct copy of The Oath of Office

of Saralee Evans (1993) and related court documents are annexed

hereto as EXHIBIT A.


21.       Federal law supersedes "state law", hence, the judge, as a

trespasser on the Court, violates the U.S. Constitution and the

Constitution of the State of New York, the State of Connecticut, and

by extention, all State Constitutions which incorporates the U.S.

Constitution clauses of due process, as is known but illegally ignored,

and therefore grounds for treason. The "judge", Saralee Evans,

appears to have had no legitimate Oath of Office, and therefore was

not at any time a bona fide judge, in accordance with the law. Judge

Evans wrote in EXHIBIT A "let the plaintiff, Ellen Oxman, (or her

attorney) show cause why an order should not be granted for the

following: 1. Holding the plaintiff, Ellen Oxman, in contempt for

violation of the Judgment dated October 30, 2006 and entered in the office of the County Clerk for the County of New York on November 1, 2006, insofar as such Judgment incorporated by reference a Stipulation of Settlement...

22.      A judge is liable for injury caused by a ministerial act - when a judge acts intentionally and knowingly to deprive a person of his constitutional rights, s/he exercises no discretion or individual judgment; s/he no longer acts as a judge, but a "minister of his/her own prejudices" (386 U.S. 547, 568). In Exhibit A Judge Evans threatens Plaintiff, who is described by the court itself as clearly unrepresented, does not know there is a "Judgment" and a "Settlement" but the Court acts as if all is legitimate. There is no legitimate Judgment and no legitimate Stipulation to Settlement contract. Both are void ab initio, and the Plaintiff never signed them, had no knowledge of them, and was at a loss as to what had transpired.  This was done to fully DECEIVE THE COURT AND THE PUBLIC.

23.      Saralee Evans "arranged" and allegedly colluded with a Major Wall Street banker and his brothers, men highly placed and "well-regarded" in their fields, that a "sham" trial be staged, without any legally required and valid procedures in place to do so, such as a Note of Issue, which is the law for any trial to be commenced in the State of New York.  The Note of Issue for the NY "litigation" of

11

Oxman v. Oxman Index No. 350213/04 DOES NOT EXIST despite the "fact" that it is "publicly" displayed on Web Civil Supreme – Case Detail, as being filed on 03/06/2006. A true and correct copy of the Web Civil Supreme document is annexed hereto as (EXHIBIT B) MARCH 06 2006, available for "public scrutiny", on the Court website. It is to mislead the public.  Plaintiff alleges fraud.  No Note of Issue was ever filed in Oxman v. Oxman Index No. 350213/04. Procedurally, it's alleged, that's illegal. The Note of Issue must be submitted legally – to illustrate this, a blank Note of Issue and how it's to be instituted is submitted as a true and correct copy of the Note of Issue, annexed hereto as (EXHIBIT C)

24.     The Note of Issue is to commence a trial. In Oxman v. Oxman, it's fully defective, illegal. The Note of Issue does not exist.  It's "Stamped" "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" but that is all – just a date stamp, and therefore not accounted for, as justice and the law requires, in the Court minutes, in the Civil Index Minute Book Inquiry.  Required by law, a legal Note of Issue does not exist at all; no legal filing, no entry, No Affidavit of Service, no fee paid. Rather, Plaintiff alleges it was illegally faxed on October 30, 2006 by Herman SLOAN Robarge & Sullivan, allegedly to the Clerk of the Court, who then illegally stamped the Note of Issue "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" (it must be emphasized that it's NOT filed, does not exist in the Court

Clerk's Minutes anywhere as can be seen on p. 2 of the Civil Index Minute Inquiry. ON NOV 1, 2006 #3, EXHIBIT C, #3 on the Civil Index Minute Book Inquiry has only 1 entry (an illegal judgment of divorce) a true and correct copy of p.2 of the Civil Index Minute Book Inquiry, Case No. 350213/04 is annexed hereto as EXHIBIT C1). The Note of Issue stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" is a "phantom" document designed to "Deceive the Court" with its affiliated and related phantom documents, also stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK". It is a "package" of documents that don't exist in the Court Record, are not recorded anywhere at all. While Stamped "NOV 1 2006", they are not recorded in the Court Minutes, The Civil Index Minute Book Inquiry, as the law requires. In terms of this litigation, Plaintiff alleges that these documents that have defined and destroyed Plaintiff's life, don't legally "exist". On the top of this false instrument (the Note of Issue) that was "faxed" (wire fraud) to the COUNTY CLERK it's clearly faxed on OCT. 30. 2006 9:55 AM NO. 275 P. 2 –but not Stamped until Nov 1 2006. A true and correct copy of The faxed illegal Note of Issue "FILED NOV 1 2006) is annexed hereto as EXHIBIT D. It states it's 'filed" by attorneys for PLAINTIFF, and attorneys for Plaintiff were and remain Herman SLOAN Robarge & Sullivan. This has been clearly stated in the Herman Affidavit submitted hereto as EXHIBIT N,

dated July 30, 2007 but not stamped "FILED OCTOBER 31, 2007 COUNTY CLERK'S OFFICE NEW YORK", three (3) full months, yet the blue back on the document shows it's not admitted into the "system" – AGAIN, No Affidavit of Service, No Notice of Entry, No Notice of Settlement.  It's a phantom document meant to cover up DECEIVING THE COURT.  It's part of Fraud Upon the Court and is solid proof of same, denying Plaintiff all rights to due process in the underlying matter, leading up to this document that is about the allegedly fraudulent Greenwich Quitclaim Deeds before the court.

25.     This demonstrates the way this court "functions", at the alleged request of Defendants – allegedly with wire fraud, uttering false instruments, alleged to be illegally stamping them, yet, the documents clearly have no legal standing within the case if they cannot be "found" as those which establish events within the framework of legal proceedings. This is clear evidence of Fraud Upon the Court, of Deceiving the Court for reasons known to those who committed these alleged crimes.

26.     The "Note of Issue" in NY State is the document to inform the court that the case is READY to be put on the trial calendar, i.e. to COMMENCE a trial (note: the Note of Issue fax stamped "NOV 1 2006" has a box marked X "Trial without jury") But a "Sham Trial" had already been staged, eight (8) full months in advance of a document "faxed/fake-filed" an important document that's required

==by law to commence a Trial==...a trial that illegally occurred, allegedly
"commencing" in March of 2006, and was ongoing, into October of
2006, Plaintiff was told, and as seen on Web Civil Supreme, the
publicly available web access for court cases in NY; again, it states
Note of Issue Filed 03/06/2006 but the Note of Issue never existed
but for the red herring stamped "FILED NOV 1 2006  Note of Issue",
again a fraudulent document. Plaintiff has no legal background at all
and had no knowledge of court procedure.  Alleged is there was no
discovery, no investigation by the lawyers for the Plaintiff and a
bogus trial held to DECEIVE THE COURT -  It's Fraud Upon the Court
– it's alleged by Plaintiff to be criminal activity that shatters and
destroys the lives of society's most vulnerable – children. The future
is robbed because of bogus and fully illegal court proceedings.
Plaintiff has suffered deep trauma that  this is "possible", but it is.  It
is the "culture" of the court.  It appears to be a culture of Quid Pro
Quo, a Pay-to-Play "culture" in Manhattan Supreme Court, arguably,
it's been said, the most corrupt court in the country, as many
lawyers have stated to Plaintiff.  These same lawyers were and
remain terrified to get involved, fearing retaliation and retribution
for standing up to the corruption against such powerful people, as
Defendants  Stephen A. Oxman, former Asst. Secretary of State,
David Craig Oxman,  Trust & Estates lawyer at Davis Polk &
Wardwell, and Phyllis Statter Oxman, philanthropist,  and John

Craig Oxman, Global Head of Aerospace at Credit Suisse. These

Defendants have a tremendous and powerful global reach of

influence, connections and massive fortunes. They are to be feared.

Plaintiff has been bamboozled, force-fed lies to arrive at this point of

truth, after fact-finding and searching for more than a decade. It is

unfathomable and impossible to describe the betrayal Plaintiff has

endured and the suffering the children have endured. Plaintiff's

"own" attorneys, the high-profile lawyer, PAMELA SLOAN et al, had

only one agenda, it appears – to DECEIVE THE COURT - and take

more $600,000 in fees, directly from "a deal" Plaintiff's attorneys

made with Defendant, John Craig Oxman, that they brazenly

"memorialized" in a letter. Besides cash, there would certainly have

been, it can be assumed, wink and nod "offers" of Quid Pro Quo in

legal work (M&A work, etc) given to the firms as part of the "deal"

as in the case of Blank/Rome's "willingness" to lie under oath, as the

risk to do so is worth it to them as a large firm who relies on Credit

Suisse, Morgan Stanley, HSBC, etc., for global business. As Judge

Drager said, in January 2016, to Attorney Riesel about Blank/Rome

(in the court transcript January 2016) "Blank/Rome has an office in

every corner in the world". This was stated prior to the release of the

Panama Papers, which makes it more suspect, as it appears there is

a direct correlation between Blank/Rome, Davis Polk & Wardwell

and the Panama Law Firm behind the Panama Papers, Mosack

16

Fonseca LLC.   A steady stream of investment bankers keeps global law firms like Blank/Rome global, feeding into firms such as Mosack Fonseca and others.   They can't afford to obey the law, it can be inferred, when a major Wall Street banking family, such as the Defendants, the "Oxmans", has hired them to do just that – lie under oath, upon information and belief.  Attorney Sheila Riesel is unconcerned that her January 2016 Affirmation before the NY court is alleged here as complete perjury.  The benefits outweigh the risks.

27.     However, on this exact same date, "NOV 1 2006", the date that the Note of Issue is stamped, absolutely shows the attorneys for the Plaintiff are and remain "Herman SLOAN Robarge & Sullivan". It says so, right on the Blumberg Note of Issue form/document.  The next "cohort" of "related" documents ALSO stamped "NOV 1 2006" are authored by the firm Mayerson Stutman Abramowitz & Royer, a firm never retained by Plaintiff, Ellen Oxman, and they, on the EXACT SAME DATE of "1 NOV 2006", cheek to jowl, submit an overwhelming amount of documents, unbeknownst to Plaintiff, that wholly contradict, are in direct opposition to the Herman SLOAN Robarge & Sullivan "Note of Issue": again, the Note of Issue is the document to be formally submitted to COMMENCE a trial at Plaintiff's "request", as opposed to the "Stutman Stack", which not only ends the alleged litigation before the Court, it implies clearly

that this is an UNCONTESTED "LITIGATION", brought to an end BEFORE reaching trial, by a Settlement Contract/Stipulation to Settlement, also allegedly signed by Plaintiff on 27 October 2006. The Defendant, John Craig Oxman, and the other Defendants, knows that the court file (documents) in New York, in these matters, is sealed for 100 years. The risk of the facts being brought into the light of day are zero to none. The Defendants have no fear. They are not worried that they may be subjected to Brandeis's quote "Sunlight is the best disinfectant". The Defendants are certain these documents will never see day light, and Judge Drager, by virtue of threatening Plaintiff with Civil Contempt for "talking", thereby deprives Plaintiff of Constitutionally protected rights of Freedom of Speech, deprives the public of knowing how this "secret" court engine runs. It's under the hood, and the hood conceals the engine, the sealed and allegedly forged documents. The "hood" is welded shut, by law, in NY, for 100 years. It makes "sealed" cases ripe for fraud and forgery, one can reasonably assume.

28.     These conflicting documents and different law firms brings to mind the analogy "the operation was a success but the patient is dead." It's alleged that this was precisely the Defendants goal – "successful surgery" (alleged fraud and forgery) resulting in a corpse. In short, illicit proceedings were held to issue a mass of false certificates (as in the Greenwich Quitclaim Deeds). No legitimate

documents exist; false instruments were "created" and submitted at court proceedings where the Plaintiff was not present, not aware, did not know two (2) law firms were "competing" to "represent" Plaintiff on the very same day, 27 October 2006, in a way that shocks one to the very core, not imagining such court "events" and "proceedings", pure fiction, would be held forth as fact, for an uninformed public to swallow whole.  It shocks the conscience, is against public policy in any civilized nation, anywhere on earth, let alone in the United State of America.  It's a brutality of which the public can have no knowledge, as has been made clear.  But what you can't see can hurt and damage you and your children very much, leaving you for dead in your own life, not knowing one has been the victim of a "vampire court process".  That's what is being alleged in this document.  It's a Bait and Switch Game of lawyers and go-betweens who pretend to represent one client but are, in actuality, working the other side of the case, in illegal tandem,  the court itself  involved in the action. That's the very definition of Fraud Upon the Court, the Court itself, throwing sand into the very machinery of the court system, and how it functions.

29.     Disturbing is the Defendants "The Oxmans" have sprung from great privilege – an upbringing in a wealthy community in Short Hills, NJ, where their father was a dentist, a first generation gentleman, whose family escaped pogroms in Russia and made sure

his sons attended Princeton, Yale and MIT.  Of Phyllis Statter

Oxman, she, too, comes from an even more privileged background,

as an heiress to a great "Robber Baron Fortune", an American elitist

of the old school, sprung from the pages of the Social Register, with

family and friends grafted onto aristocratic British families, to be

found in Brooks Peerage.  Indeed, her great grandfather traded the

Cartier building on 5th Avenue for a string of pearls.

30.      To restate: On Nov 1, 2006 THE EXACT SAME DATE,

Attorney Michael S. Stutman, submits to be stamped, a multitude of

documents to END litigation, (not COMMENCE litigation as Herman

& Sloan did on the exact same date, NOV 1 2006, the very same

day).  See EXHIBIT D1

31.      Attorney Stutman submits a judgment stamped "FILED NOV

01 AT 2:37 PM (handwritten) 2006 N.Y. CO. CLK'S OFFICE - a)

Judgment of Divorce (also stamped additionally on "NOV 02 2006"

with "initials" JR (James Rosetti). Where it says "Service of a copy

of the within is hereby admitted  Date___ Signature___, it's blank –

never served on anyone, THE ONLY one (1) of these documents

referenced and seen in the Civil Index Minute Book Inquiry as 11/

01/2006 (#20) as "FILED", is the "Judgment", but with no Notice of

Entry, No Affidavit of Service, (Sewer Service)  as should be marked

in the Civil Index Minute Book Inquiry, the ledger for Court

documents, as it were, available for public scrutiny.  The next page of

this "Judgment document" goes on to describe trial dates that were never "legal", a "sham" trial, as explained above, as they were never put on the legitimate trial calendar by a Note of Issue, as again, is clearly shown above. Events described on the page did not happen, nor was a Stipulation to Settlement/Contract, as mentioned, signed by Plaintiff on October 27, 2006, as described by Stutman and his cronies in this bogus Judgment. A Plaintiff has a legal right to participate in her own litigation, but Defendants are alleged to have deliberately deceived the court and fully sidelined Plaintiff, denying Plaintiff access as to what they were "doing", which is Deceiving the Court and the public by their allegedly illegal conduct.

32.     The Judgment is void before the law. It was never seen by Plaintiff, no Settlement contract was signed by Plaintiff, on October 27, 2006 or any other date, ever. The Judgment was never SERVED on Plaintiff, but it all pretends to be "done" by Plaintiff, as if Plaintiff is the "winner" in this litigation, and Defendant, John Craig Oxman "the loser". It's sleight of hand. Fraud is alleged. It's void ab initio. A Void Judgment means that which is void from the beginning remains void forever.

33.     Findings of Fact Conclusions of Law, stamped "FILED Nov 01 2006 COUNTY CLERK'S OFFICE NEW YORK". Again, it doesn't exist in the Court Record – it is not listed in the Civil Index Minute Book Inquiry- it's void. Service of a copy of the within is hereby admitted.

Dated____Signature____all blank. VOID.  It's fraud, void ab initio. It, too, like the "Judgment" is taken out again on 2 Nov 2006 and restamped "NOV 02 2006" for reasons that are unclear, but it is a document that Plaintiff never saw, never authorized, and unlike the "Judgment" it does not exist in the Court Record, not listed in the Civil Index Minutes of the Court Clerk, anywhere.  There is no Notice of Entry, No Affidavit of Service. Sewer Service.  Void.

34.     Affidavit of Regularity stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" signed by Michael Stutman on behalf of his firm, Mayerson Stutman Abramowitz Royer LLP, not to be found, but should be, according to the law, in the Civil Index Minute Book Inquiry- - the document does not exist. Service of a copy of the within is hereby admitted. Dated_____Signature___- blank, void. No Affidavit of Service – it's Sewer Service. It's fully invalid service of a fraudulent document that Plaintiff could have never considered – how could any member of the average public think this is possible?  It seems like madness, but it appears this is "business as usual" for these officers of the court, and their go-betweens.

35.     AFFIDAVIT OF PLAINTIFF – Plaintiff never saw this document, allegedly signed by Plaintiff on 27 October 2006, (but SLOAN'S firm, under Oath, claims they were the firm representing the Plaintiff on 27 October 2006). In this Affidavit of Plaintiff,

Attorney Michael D. Stutman is both the Witness AND the lawyer, falsely claiming Plaintiff signed, but Plaintiff was not present - note these details,  seen on p. 5 (true and correct copies of p. 5 sworn to on 27 October 2006 and p. 5 stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" again, concocted by Michael D. Stutman and his firm, is annexed hereto as part of EXHIBIT D1 Mayerson Stutman Abramowitz Royer LLP.  Like the "others" it's stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" signed by Michael Stutman for his firm Mayerson Stutman Abramowitz Royer LLP  Service of a copy of the within is hereby admitted Dated_____Signature_____ it, too, is Sewer Service, INVALID SERVICE never admitted into the Court record, does not exist in the Court minutes, Plaintiff never saw this document until it was found around 2011, after an audit of the file was requested, and with a forensic document examiner, in the courthouse document room, the documents were seen, scanned,  but not understood by the Plaintiff....they are not legal, they don't exist in any court proceeding, they are false instruments, false certificates  true and correct copies of these documents stamped FILED NOV 1 2006 are annexed hereto as EXHIBIT D1  This is identity theft, a cause of action under Federal law and the laws of the State of Connecticut.

36.     Court Appearance information from Web Civil Supreme, publicly available web site for Court information for Index No

350213/2004 note "Appearance Information" at top of page 2 – a true and correct copy is annexed hereto as EXHIBIT E where it can be seen on 10/24/2006 SUPREME TRIAL STATUS CONFERENCE HELD 2:30.  Plaintiff, Ellen Oxman, was not there, had no knowledge of this "status conference", was not told,  "not included" in the "status conference", not informed there was a "status conference" held on this date at that time.  This is a clear denial of Due Process under the Constitution, to not inform the Plaintiff that court proceedings that will define her life and that of the children of the marriage are being held without her knowledge or consent.  Plaintiff was not aware, not present, and what lawyers were "representing" Plaintiff?  Those of record, again, remain Herman Sloan Robarge & Sullivan for Plaintiff.  Further, next on page 2, a true and correct copy is annexed hereto as EXHIBIT E - the date 10/30/2006 Supreme Trial   Judgment Granted 10/30 cc10/31 CONT D TRIAL. PLAINTIFF WAS NOT NOTIFIED WAS NOT PRESENT HAD NO KNOWLEDGE OF THESE COURT DATES AND DOES NOT KNOW WHAT LAWYERS WERE "THERE".  This is a clear denial of due process.

37.     Still, unseen documents keep showing up in other states, as with the Greenwich Connecticut Quitclaim Deeds, not seen by Plaintiff until 2014. True and correct copies of the Greenwich Quitclaim Deeds and the Expert Opinion Report are annexed hereto

as **EXHIBIT** F and there are further documents, as yet unseen, upon

information and belief, in other countries and different jurisdictions,

including but not limited to indications of holdings in the Panama

Papers.  The criminal IRS came to Plaintiff's door, and Plaintiff let

them in, not knowing what to do.  The agents asked the Plaintiff

about her signature(s) on documents that were off-shore, and also

asked about the names of the witnesses on said documents.  The

witnesses were known to Plaintiff, but Plaintiff never signed these

documents, and the witnesses worked for Defendants, John Craig

Oxman, Gerald Lodge and Brady Dougan, at Credit Suisse at 11

Madison Ave NY NY – a conflict of interest, but more than that,

Plaintiff alleges fraud, states categorically it's forgery, and it is

hiding assets, it would appear, under the umbrella of Credit Suisse,

as some assets were shown to be in the Isle of Jersey, under the

crown, but not part of the crown, where Credit Suisse has a major

presence because the Channel Islands do not answer to the British

parliament, but are stand alone as a protectorate, which takes on

new meaning after Brexit.

38.     Despite the fact that these were joint assets, Defendants, "The

Oxmans", harbored a hatred for the Plaintiff, of which the Plaintiff

was aware, but could not do anything to stem the tide of their hatred

of Plaintiff.  Plaintiff suspects it was, in part, her religion, as a

practicing Catholic. Plaintiff raised the two children of the marriage

as Catholics, through Narnia classes, baptism, communion, Confirmation, etc. Defendant John Craig Oxman was wont to call Plaintiff names like "mackerel snapper" or "papist" as he was not raised as a Catholic, nor was anyone else in the immediate family on Defendants' side. Issues of paternalism and domestic violence were traumatic for Plaintiff and her concerns for her children were colossal. Defendants "The Oxmans" do as they wish. They have huge power and a need to dominate and control women and events of all sorts, political, academic, banking, journalistic, Boards, i.e. dominant alpha-male power and control at the expense of justice. This is the dominant culture of Wall Street and Wall Street law firms, a culture which trickles down into the lesser courts whereby most litigation in the US occurs – family courts, surrogate courts, et al.

39.     None-the-less, at no point was Defendant John Craig Oxman required, as is the law, to submit a legal and proper Statement of Net Worth, not once. Defendant, John Craig Oxman, was allowed to claim joint property as Defendant's alone, which was false. Nothing was ever valued, only stating "TBD" meaning "To Be Determined" but it never was, since this was all about perpetuating fraud. Plaintiff's lawyer, Pamela Sloan, licensed in Connecticut and New York, stood to the side, watching, as they collected enormous fees to do nothing to protect Plaintiff and Plaintiff's children. Pamela Sloan and her firm are fiduciaries, they have a legal obligation, but they

don't care. Why should they? ==True and correct copies are Annexed hereto as EXHIBIT G - the documents for Statement of Net Worth,== pages, which were never legally filled out even in 2004, but by law they were to be updated, and that never happened and the "TBD" remains to this day, denying Plaintiff the rights to her own property and assets, by fraud committed by the Defendants (The Oxmans). The Defendants, (The Oxmans) appear to be the captains of this ship of fraud, and the other Defendants smoothly did their bidding, for reasons known to them. "Judge" Saralee Evans was "uninvolved" in this case before her, "capitulating" to Defendants, for reasons known to her.

40.      At no point was Plaintiff notified that proceedings were being "held"; Plaintiff was not informed, deliberately denied access to justice, in her own lawsuit. Plaintiff was not told of the Court Conference of October 24, 2006, not present. Plaintiff was not told of "Judgment granted" on 30 October 2006. Plaintiff had never hired Mayerson Stutman Abramowitz & Royer, as they themselves admitted. ==True and correct copies of Stutman's letter to Peter Bronstein, dated Nov 14, 2006 and fax of 11/11/11/ are annexed hereto as EXHIBIT H.== The judge in the matter Saralee Evans had never filed a legitimate Oath of Office. "Judge" Saralee Evans, was, upon information and belief, "placed" in the Courthouse as a "ringer" in order to "fix" and "rig" litigation. Saralee Evans had no reason to

27

take the administration of justice in her court seriously, to uphold the law.   To amplify that allegation, let it be noted that the illegal Note of Issue to commence a trial for Plaintiff is faxed on October 30, 2006, 9:55 AM to the Court Clerk of Manhattan Supreme Court, indicating it was to commence a Trial without jury (box thus labeled has an "X") and the lawyers in the matter are clear: "Attorneys for Plaintiff(s) Herman SLOAN Robarge & Sullivan, LLP 60 East 42nd Street New York New York 10165. The Note of Issue stamped "FILED NOV 01 2006 COUNTY CLERK'S OFFICE NEW YORK" but again, not in the Court's minutes.  It cannot be stressed enough.  The public has a solid right to know what is going on in these secret courts.

41.        On Nov 3 2006  11032006  The Civil Index Minutes # 4 - 15 refer to a massive amount of documents. True and correct copies of the Civil Index Minutes and the related Trial Documents, are annexed hereto as EXHIBIT I.  The Witnesses submitted no reports, as required by law, (reports must be handed in in advance of trial....) and David Craig Oxman, Esq. a Witness for Defendant, is John Craig Oxman's brother,  Plaintiff's "brother-in-law", and uncle to the children G.G.O. and W.J.O, is also the Trust & Estates attorney for Defendant, John Craig Oxman, Trust & Estates lawyer for Plaintiff, Ellen Fister Oxman, and the Trust & Estates attorney for the infant children G.G.O. and W.J.O., creating trusts for the children, without

the knowledge of the Plaintiff. Also a witness for Defendant is Diane
Carol Troup, who also hands in no report, and is acting as a go-
between in this matter, upon information and belief.   Noteworthy is
these are documents that are to be handed in far in advance of any
trial, far in advance of any Note of Issue being filed, since the Note of
Issue is to "vet" that which goes before the court for a trial, and the
Note of Issue must be done in triplicate, entered into the court
record, and served by Affidavit of Service, as is legally required and
is demonstrated clearly in EX. C.  The legal requirements for a trial
to be commenced did not happen; the trial that was "held" was to
trick the public, trick the Plaintiff, DECEIVE THE COURT but
privileged lawyers who work at top White Shoe Law Firms, such as
Davis Polk & Wardwell, Shearman & Sterling,  Cravath, etc., are not
held to any code of ethics.  This is against public policy.

42.      ALSO:  to contrast the date FILED NOV 1 2006 = Note of Issue
by Herman SLOAN Robarge & Sullivan, to "commence" a Trial for
Plaintiff; NOV 1 2006, Attorney Michael D. Stutman, on the same
day, FILED NOV 1 2006, submits massive documents to END A
MARRIAGE – Affidavit of Regularity, Affidavit of Plaintiff, Affidavit
of Defendant, again, nowhere to be found in the Court's Civil Index
Minute Book Inquiry.  They are not legal documents, they are
phantom documents meant to deceive the court, they are fully false
certificates, judgments, and beyond.  They are void, void ab initio.

43.    BUT on 3 November 2006 the Civil Index Minutes # 4 - 15 reflect fully 12 categories of documents that would have/should have been Trial Documents....and therefore must be submitted PRIOR to a trial being COMMENCED, (again, the "sham" trial was "commenced"/held in March 2006, fully eight (8) months prior. This is procedurally impossible, bizarre, illegal, unethical and void. It is fully Fraud upon the Court,  Deceiving the Court, with the Judge as the Lead actor, but the supporting actors are pulling the strings, as it were, of a marionette "judge".  It would be impossible to describe the hurt, humiliation and betrayal Plaintiff will carry to her grave in this matter, deliberately and needlessly inflicted by the Defendants, who appear to be the very definition of sadistic, vindictive, paternalistic cowards and bullies and low-down thieves with Ivy League educations, but no moral compass what-so-ever.  That any court functions in this way in the United States, is "extraordinary", at the very least.  If Deceiving the Court is now "legal" then the public has a right to know what they are up against, to be informed.

44.    Plaintiff, again, who was not present, has attempted to obtain a "transcript" from the "Court dates" October 24, 2006 (10/24/06 and October 30, 2006 (10/30/06) from the court reporter of those dates, as Plaintiff was informed the reporter for those two (2) days , said the Head Clerk, James Rosetti, told Plaintiff  that on (October 24, 2006/ October 30, 2006) the Court reporter was  Mildred

Angiulli, but Mrs. Angiulli stated to Plaintiff that she "can't find the report, it's lost". The fact is there is no transcript. The fact is the documents were illegally concocted without the authorization or knowledge of the Plaintiff, in collusion with the "Court". The Plaintiff was not notified, the Plaintiff was not present. Plaintiff and her infant children were crushed, fully denied their legal rights under the Constitution. Plaintiff was denied all of her rights and the rights of the children, under the protection of the law of the State Constitutions of New York, Connecticut, and several other jurisdictions and the Constitution of the United States. Plaintiff was denied the very basic right to protect her children, whom she valued above all else.

45.     A judge has a duty to act; s/he does not have "discretion" to accept fraudulent documents by lawyers never admitted into the case at proceedings where the Plaintiff was not notified and therefore, be definition, could not be present; documents that bear plaintiff's "signature" but are forged signatures of the Plaintiff. A true and correct copy of the forensic document examiner pages are annexed hereto and are the investigation pages of a former NYPD forensic document examiner, EX J. While there is also another forensic document examiner, Plaintiff has understood that they have been threatened, as has the Expert Witness in Notary Fraud. This is witness tampering, further denying Plaintiff her rights. In

this matter, upon information and belief, the judge, in deceiving the court, connived, colluded and schemed with Defendants to aid and abet criminal activity, to deceive the court, as "designed" by the Defendants, John Craig Oxman, David Craig Oxman, Stephen A. Oxman, Phyllis Statter Oxman, et al, with the County Clerk (Norman Goodman) illegally signing documents of which the Plaintiff had no knowledge whatsoever, one result being the illegal Quitclaim Deed of 9 Paddock Drive, Greenwich, Ct. that illegally deprived Plaintiff of her property.

46.     Another recently obtained document never seen by Plaintiff is the "Certificate of Dissolution" (the "Certificate of Dissolution"). A true and correct copy of the Certificate of Dissolution is annexed hereto as "Exhibit K". The Certificate incorrectly states that John Craig Oxman is the "sole" resident of 9 Paddock Drive, Greenwich, Connecticut,  as did the void "Judgment".  He was not; it's perjury. Plaintiff and the legitimate children of the legitimate marriage, were also residents and had their personal property there, some of which was owned by Plaintiff alone,(clothes, as just one example). They were stolen by Defendants,

47.     On  March 16, 2007, lawyer for Defendant, David Typermaas, sent Plaintiff a letter stating Plaintiff, who "appeared" to be unrepresented,  had to comply with paragraph 18 of a Stipulation to Settlement that Plaintiff had never signed. The letter was

threatening, yet again. Plaintiff's home had been illegally seized,

Plaintiff's property in the home, seized, and what was left was now

to be thrown out because Plaintiff "was in default" of a Settlement

Contract that Plaintiff never signed, as Typermaas knew. He was

perpetuating Fraud and Forgery and Identity theft, through the

mail, and across state lines. A true and correct copy of the

Bronstein/Typermaas letter, dated March 16, 2007 is annexed

hereto as "Exhibit K1"

48.     Plaintiff's maiden name is not "Fisher" as the document

"Certificate of Dissolution" states. The document is missing

Federally mandated information, such as social security numbers,

and there is no "Confidential Information" as can be seen at the

bottom of the page. It does not exist, so we don't know who obtained

the divorce, or on what grounds, etc. The Board of Health in Albany

NY said they "Don't' have access to that information" and sent me

back to the NY Courts, which is why Plaintiff filed in December 2016,

to clarify the facts. As we see, instead Plaintiff has been put under

an Order of Civil Contempt, which is a further obstruction of justice

and denial of due process, and it can be inferred that this is

"business as usual" in this realm.

49.     ON NOV 3, 2006 Defendant, John Craig Oxman and his

brother, David Craig Oxman, Esq., and Stephen A. Oxman, Phyllis

Statter Oxman, et al, would have known that the Defendant had

obtained an illegal EX PARTE Judgment (of Divorce) against the Plaintiff, as per the documents in this filing (EXHIBIT I p. 27) As has been clearly shown, the Plaintiff had no idea of these Deceptive Court Events that occurred. On Nov 3 2006 Plaintiff came home to find her "husband" (Defendant) going down the hall in her building, he took a left, and went into the bike room, despite the fact he had been excluded from the building in 2004 for assaulting Plaintiff. Plaintiff went in after him, he stated he was there to "take the bikes" shoved her into the bikes, locked her in the bike room and left. Plaintiff accidentally dialed a friend, Christine Wasserstein, who's Affidavit is included in this filing, and Plaintiff was told to call the Police, which she did.  Plaintiff was sent to the E.R., and then obtained a Temporary Order of Protection.  This threw the rats on the ship into a panic, it appears.  The "Court", and all the court officers, and Defendants had to scramble, not that the NYPD had served a Temporary Order of Protection.  The Defendants retaliated by quickly drawing up an Order to Show Cause threatening Plaintiff with arrest, in an effort to turn the game back to the fraud clock that was running.  Again, Plaintiff was the only one who did not know there was a Judgment of Divorce and Stipulations, etc. illegally "in play".  Plaintiff, as has been stated, had been told her lawyer, Pamela Sloan and Sloan's firm, Herman Sloan Robarge & Sullivan had

"fired" her, so she was now Pro se, she thought.  Again, Plaintiff did

not know that lawyers cannot just "fire" clients on a whim.

50.        What happened next was Plaintiff was mailed a Certified letter

from Peter Bronstein and David Typermaas, one (1) of two (2) law

firms for Defendant.  It appears they had to hatch a plan quickly to

protect the judge, and the Court Clerk.  Plaintiff went to a Family

Court hearing with the babysitter for the children, Dana

Handelsman.  Fast forward, Plaintiff was "assigned", by an expert

family court witness, Lisa Farr, a so-called domestic violence lawyer,

Amy Salzman.  Salzman seems to have quickly been brought up to

speed on the Fraud upon the Court scheme, presumably by Farr, the

expert witness for Family court.  Again, not until 2011 did Plaintiff

see documents that were sequestered in the judges' chambers.  It

appears that in the need to cover the Fraud Upon the Court, a

document was written by Judge Saralee Evans, on or about 1/22/07.

It was then faxed to Amy Salzman, who did not inform her "client",

the Plaintiff, that this was going on behind the scenes.  It was faxed

on 01/23/2007 and the law firm on the top of the page is Salzman's

firm.  The first "draft" of this document called Motion Seq #5 beings

it's "shelf-life" as a draft faxed around among the different parties,

with Salzman as the "document" girl for Motion Seq. #5.  It is first

listed in the Civil Index Minutes as  "So Ordered Stipulation"  #20, on

01/22/2007.  It appears in its NEXT version as "Copy Served" then

Copy Order/Notice of Entry 01/24/2007 # 21 on the Civil Index Minutes, dated 01/24/2007, the document is now Stamped "FILED JAN 24 2007 NEW YORK COUNTY CLERK'S OFFICE". The VERY SAME DOCUMENT morphs into another version, (all are called Motion Seq. No. 5), but each serves a "different" purpose. After made into a Copy Order dated 1/24/2007 it (#21) morphs into 1/25/2007 #22 on the Civil Index and it appeared from the sequestered files in two (2) different versions – #22 01/25/2007 one (1) is stamped "FILED JAN 25 2007 NEW YORK COUNTY CLERK'S OFFICE) BUT it's FINAL LANDING IS that of #22 on the Civil Index Minutes, dated 01/25/2007 BUT NOW IT IS NAMED SOMETHING DIFFERENT – it assumes the title of "ORDER IAS PART 51 SEQ 005 DENIED. #22 dated 01/25/2007 has two (2) wholly different versions on that date as is easily seen – Version 1 is merely stamped "FILED JAN 25, 2007 NEW YORK COUNTY CLERK'S OFFICE. THE FINAL VERSION OF THIS VERY SAME DOCUMENT THAT SERVED four (4) different purposes is lastly initials on the side by an E 1-25-07 , Stamped "RECEIVED JAN 24 2007  IAS MOTION SUPPORT OFFICE and the finishing touch is it's stamped FILED in a completely different place and says "FILED JAN 25 2007 NEW YORK COUNTY CLERK'S OFFICE".  It's purpose it to fully DECEIVE THE COURT by the Judge and the lawyers involved in the matter.  Plaintiff never saw this document until years later,  as again, it was hidden/sequestered in

judicial chambers.  It was  nearly impossible to follow the logic of

how it was concocted to DECEIVE THE COURT and inform Plaintiff

that "somehow" Plaintiff was divorced.  This is true court corruption.

If this is what they do for a Judgment of Divorce in a family of well

over 300 or 400 million dollars, just to cheat the Plaintiff, it makes

one concerned for those who don't have any way to understand what

the hell is happening....sorry for the language. The "Motion Sequence

#5 in all of its "iterations" is included and a true and correct copy of

all pages as described is annexed hereto as EXHIBIT L, with the Civil

Index "guide" in order to attempt to follow this "document" of full

fraud, Deceiving the Court by the Court itself.  A judge is not the

Court.

51.     In another search, Plaintiff came across an invoice from

Mayerson Stutman Abramowitz & Royer and it's dated Nov 3 2006

and states "Meeting with Potential New Client" October 2, 2006, but

Plaintiff would not have seen such an invoice by 27 October 2006...it

makes no sense at all, except as criminal behavior.  A true and

correct copy of the bogus invoice is annexed hereto as Exhibit M.

52.     If a judge does not fully comply with the Constitution then her

orders are void (Re: Sawyer, 124 U.S. 200 1988), and therefore the

court in which these (Illegal) "acts" have occurred are without

jurisdiction, and the judge has engaged in acts of treason. This could

be said for the Judge known as Saralee Evans, by direct descent, in 2015/2016, to Judge Laura Drager, who runs a similar court...

53.    This Court has jurisdiction because Manhattan Supreme Court never had subject matter jurisdiction in the underlying case, upon which the allegedly illegal Quitclaim Deeds ("The Greenwich Deeds") were "based. Fraud was committed in the procurement of the jurisdiction of Manhattan Supreme Court (Fredman Brothers Furniture v. Dept of Revenue, 109 Ill, 2d 202, 486 N.E. 2d 893 (1985). The NY "judge", Saralee Evans, wantonly ignored statutory procedure in the underlying case in NY, Oxman v. Oxman Index No. 350213/04. (Armstrong v. Obucino, 300 Ill 140, 143 (1921); unlawful activity of a judge is against the Code of Judicial Conduct, and violation of Due Process (Johnson v. Zerbst, 304 U.S. 458, 58 S. Ct 1019;) *Res Ipsa Loquitor,* the "Court" exceeded its statutory authority (Rosenstiel v. Rosenstiel 278 F. Supp. 794 S.D.N.Y. 1967), but more to the point, the Court is alleged to have acted illegally, the judges and the other officers of the Court acted in concert, in collusion to DECEIVE THE COURT and obtain an illegal judgment without the knowledge of the Plaintiff, with the Plaintiff having no legal representation, for all intents and purposes. The Plaintiff was told she was Pro Se BUT, in fact, had a lawyer, Pamela Sloan and her firm, who had told Plaintiff she was fired (again on 8 September 2006) and a mass of documents was secretly produced of which

38

Plaintiff, NOT a LAWYER, could have had no knowledge. It would take more than five (5) years to understand that the unseen documents were sequestered in judicial chambers, unbeknownst to the Plaintiff. How could an "unrepresented" litigant, with no experience with lawyers or courts, know this is possible?

54.     The Lawyer/Firm of Mayerson Stutman Abramowitz Royer were never hired nor did Plaintiff ever authorize Michael Stutman, or his firm to "represent" her in any action at any time. Regarding Stutman, as already seen in Exhibt H, Stutman himself states he was not "in the case". Stutman and his cronies are so accustomed to deceiving the court and clients, it would appear, that he "sent" Plaintiff an invoice, dated 3 Nov 2006 (Stutman never actually sent it but put it in a court filing when yet another lawyer, Stanley Alter, stepped in and said he'd ferret out the facts through a "legal malpractice action") - but it states clearly "meeting with potential new client, 2 October 2006". Plaintiff never "recognized" her "potential" by becoming a client of Stutman and his firm, Mayerson Stutman Abramowitz & Royer, yet they charged ahead, and their firm's letterhead appears on every document from illegally obtained judgements, contracts to Stipulation, Quitclaim Deeds in Greenwich CONNECTICUT., Coop Documents in Manhattan, New York, etc. Plaintiff cannot imagine what will float to the surface next with Stutman's name, and his firm as the "headliner", and Plaintiff must

have "signed off" (forgery) on a great many "things", but by a firm
never hired by the Plaintiff.

55.      IT CANNOT BE STATED ENOUGH THAT ON 27 OCTOBER

2006, HERMAN SLOAN ROBARGE & SULLIVAN SUBMIT A SWORN

AFFIDAVIT THAT THEY REPRESENTED PLAINTIFF ....."through

October 27, 2006" annexed hereto is a true and correct copy of the

Herman Sloan sworn Affidavit –"EXHIBIT  N"    it's hard to find the

correct words to distill what should be clear – Herman SLOAN

Robarge & Sullivan LLP are still a firm on this date, 27 October

2006, and Herman states in an Affidavit (sworn) that the firm, on

this date, 27 October 2006, was representing Plaintiff...BUT all of the

documents produced – Affidavit of Plaintiff, Affidavit of Regularity,

Finding of Facts, Conclusions of Law, etc., are dated 27 October

2006, but authored by a different lawyer from a different firm –

Michael D. Stutman of Mayerson Stutman Abramowitz Royer LLP.

How can two (2) law firms be representing one (1) Plaintiff, without

the knowledge and consent of the Plaintiff, and concocting

documents, ALL ON 27 October 2006, authored by Michael D.

Stutman and his firm, but in a sworn statement, Herman Sloan

Robarge & Sullivan state THEY represent Plaintiff on this very same

date – 27 October 2006.  Plaintiff was never in any office with these

lawyers, never in the same office as Defendant.  This is fraud.

56.     The Greenwich Quitclaim Deeds, (Deed 1) were also "produced" on 27 October 2006.... Plaintiff could have no knowledge, certainly never signed said deeds ("Greenwich Quitclaim Deeds)" the notary fraud alone makes the deeds void and they are "executed" by Michael D. Stutman, on an allegedly forged instrument. The Stipulations (6 or 7) are also allegedly forged instruments, signed by Stutman and his firm, but Plaintiff did not sign them, and, amazingly, to repeat, all were concocted on one (1) day – 27 October 2006, but Pamela SLOAN and her firm submit a sworn statement, an Affidavit, that Sloan and her firm, Herman Sloan Robarge & Sullivan were the firm for the Plaintiff on 27 October 2006. A true and correct copy of that Affidavit by William Herman for Pamela Sloan's firm, is annexed hereto as Exhibit N.

57.     Further, on the Greenwich Quitclaim Deed, Michael D. Stutman signs as an officer of the Superior Court of the State of Connecticut, indicating he is licensed to practice law in the State of Connecticut. Plaintiff has ascertained that Michael D. Stutman is not licensed to practice law in the State of Connecticut, and never was licensed to practice law in the State of Connecticut. Pamela Sloan is a Connecticut licensed lawyer, and remains the attorney of record in the underlying action, the illegal court proceedings held in Manhattan Supreme Court, but again, without the knowledge of the Plaintiff, and by a law firm Plaintiff never hired, and so they were

illegally in her case conspiring with the Court to deprive the Plaintiff

and her children of the marriage, G.G.O. and W.J.O. of their rights

under the Constitution of the United States, the right to due process.

58.      The Judgment was secretly filed in NY, by Stutman, a true and

correct copy of the back of the document "Judgement for Divorce" is

annexed hereto as EXHIBIT O, but never entered legally in the Court

minutes/Record by Notice of Entry and Affidavit of Service, as is the

case with all of these documents.   Plaintiff has been to 60 Centre

Street Manhatttan Supreme Court, Clerks' Desk, where Plaintiff was

clearly told that the Judgement  while "filed" (without knowledge of

Plaintiff) was never served; No Notice of Entry, No Affidavit of

Service, and therefore there could never be an Appeal of the

Judgment because in NY, a Judgment must be filed, then there must

be a Notice of Entry, with an Affidavit of Service in order for the

"clock to start running" on an appeal.  In order for the Judgment to

be "appealable", the Plaintiff, Ellen FISTER Oxman, would have to

serve it on herself, and then make sure the Affidavit of Service

showed this, and then file it by Notice of Entry with Affidavit of

Service.  THEN the Plaintiff could appeal her own judgment, as it

were.   YET, in a recent Court filing in Manhattan Supreme Court,

Peter Bronstein, architect with Blank/Rome of all this alleged fraud,

submits a document that is false, Sewer Service – illegal – it's fully

fraudulent and says Notice of Entry/Affidavit of Service Judgment of

Divorce COUNSEL TAKE NOTICE and he submits it with an Affidavit of Service but this fraud – in the left hand lower corner, where the Counsel should be named, there is no one there. The Affidavit of Service is a fake document, and since the Plaintiff is the Plaintiff, this is to be done BY THE LAWYERS FOR THE PLAINTIFF, not the DEFENDANT'S FIRMS – a true and correct copy of first page of the false Judgment of Divorce is annexed hereto as EXHIBIT P and the court should note it contradicts the back of the Judgment of Divorce (EXHIBIT O) that Stutman illegally concocts without the knowledge of Plaintiff. There are an awful lot of lawyers, multiplying like loaves and fish, deliberately deceiving the court...for reasons known to them. None of these documents are legal, none conform to the law, none are served upon Plaintiff, and so Plaintiff could not have known they even existed. Plaintiff was told repeatedly "you are divorced. The judge put it through, it's done." There was never an allocution, and Plaintiff had never heard of an "allocution" until 2011 or so. Plaintiff was asked if she had made an allocution to the court, and Plaintiff had no idea what the lawyer was referring to, so he had to explain. Of course, it's not in the Court record either, because, it did not happen. Plaintiff was never notified by anyone that she was divorced, that she had "signed" a Settlement Document, that she had signed documents to surrender her homes on Quitclaim Deeds and other false Deeds. It's allegedly a perfect crime.

59.     On the NY Court's own website, to instruct the public, it states: "Notice of Entry: A Notice with an affidavit of service stating that the attached copy of an entered order or judgment has been served by a party on another party." None of the fraudulent documents were truly and legally "FILED" into the Clerk Court minutes, not entered by Notice of Entry, None were sent to Plaintiff by Affidavit of Service – it's "Sewer Service" – there was no attempt to deliver the documents to the Plaintiff in this case, as Plaintiff has clearly demonstrated.   "Sewer Service" is invalid service, it is a Fraud Upon the Court and the attorneys and the courts all knowingly participated in this invalid service, depriving Plaintiff of the knowledge and facts of her case.  It was done at the request of DEFENDANTS ("The Oxmans")  and the other Defendants, who acted as "go-betweens" in this matter, to Deceive the Court, to Deceive the Plaintiff and the children of the marriage.   The facts are that the Plaintiff had no way of knowing that Court proceedings were being held without her knowledge or consent or presence.  Invalid Service of documents renders the Judgments and Contract/Stipulation to Settlement and related issues, such as the Greenwich Quitclaim Deeds, as null and void.  This kind of "fraud" can never be ratified, cannot be time-barred, as void is void, not a question of being "voidable".  The concepts are in diametrical opposition – void is void, does not exist.  Voidable means there are issues to examine as to

why something may or may not be "voidable".  It's unicorns vs. giraffes, apples vs. oranges, ad infinitum.  The Judgment, the Stipulations to Settlement remain and will always remain as fictitious documents – always be a unicorn, Void ab initio.

60.     The Facts are that the "Laws" in New York were in no way complied with within the dictates of the law in NY under the laws as written.  Simply stated, the Court and the Defendants and his two (2) law firms, Bronstein and Blank/Rome, colluded to ignore the law, fully against public policy.  The Court and the Officers of the Court, with full knowledge of their Deceiving the Court (and Plaintiff and the infant children of the marriage) knew they had to follow the laws of the State, and to state simply the "Court" and the Defendant and the other Officers of the Court ignored (illegally) every single law in the DRL of NY State and of Transfer of Property in Connecticut and other states.  It's alleged as title fraud.   The D.R.Laws clearly define the procedures.   It renders the Judgment of Divorce in New York an absolute nullity and therefore there was no basis for Plaintiff to have her home at 9 Paddock Drive Greenwich Connecticut with its contents, illegally taken from her, with her property inside, and those of the children, GGO AND WJO, in full violation of the 5th and 14th Amendments with complete denial of any due process what so ever.  It's an abomination.  It's illegal.  It's against all public policy and is abhorrent to any Rule of Law in any state in the United States

of America.  The Plaintiff's only way to address these grievances are in a Court of Federal Jurisdiction, Connecticut being the most obvious, since the Greenwich Connecticut Quitclaim Deeds, cross state lines, making this a Federal Issue in Connecticut, Federal Identity theft, Wire Fraud, Deed Fraud, et al.  It's a Federal Question and Jurisdiction/Diversity.

61.    The Void and Bogus Divorce was obtained illegally by David Typermaas, Esq., attorney for Defendant and partner with Peter Bronstein, who acted on the instructions of David Craig Oxman, Esq., a close associate of Peter Bronstein, since they "collaborated" on divorces in the past on behalf of David Craig Oxman's Trust & Estates clients at Davis Polk & Wardwell, where Plaintiff was David Craig Oxman's client.  On Nov 3, 2006, David Typermaas wrote a letter as can be seen in the Civil Index Minutes – a true and correct copy of the Civil Index Minutes and the Letter of Authorization are annexed hereto as EXHIBIT Q.  Plaintiff assumes that Typermaas then somehow submitted something to Albany NY Dept of Health to obtain, it would appear, the Certificate of the Dissolution, but Plaintiff does not know how this was accomplished.

62.    Further, illegal trusts were set up by David Craig Oxman, Esq., through his firm, Davis Polk & Wardwell (also firm for Plaintiff and Defendant) for the infant children of the marriage, GGO and WJO. The Parties were never legally divorced, as is clear by the facts and

evidence presented here, which in no way points to any legal divorce being obtained, and Plaintiff was in the dark about all of these matters, deliberately deceived by the Court and the Defendant and the Defendants legal "entourage", many as officers of the court, all with diversity as stated, since Plaintiff is a New York resident, and Defendants are from other states, as has been recited for the court in this Amended Complaint.

63.     In a most recent Court filing (February 2016) Peter Bronstein, at the request of the DEFENDANTS ("The Oxmans") concocts yet another fake/fraudulent document that pretends the Judgment was proper: a true and correct copy of this illegal ORDER WITH NOTICE OF ENTRY is hereby annexed as EXHIBIT R "COUNSEL: PLEASE TAKE NOTICE" but there is no counsel on the page because Plaintiff was abandoned, Pro se, "fired" by Pamela Sloan and her firm (except lawyers cannot just fire their clients) Bronstein has made up this document as well – it does not exist in the Court file, was never recorded by the Court . Defendants have caused Bronstein to commit Federal Crimes at their request, identity theft across state lines, and Defendants ("The Oxmans") know this, because they are graduates of Yale Law (David Craig Oxman, Stephen A. Oxman) and UVA Law (John Craig Oxman), with Phyllis Statter Oxman acting in collusion, upon information and belief, to hide marital assets in a Trust devised by David Craig Oxman, Esq. Again, to clarify for the court, David

Craig Oxman and Phyllis Statter Oxman, John Craig Oxman are
Connecticut residents.  Stephen A. Oxman is a New Jersey resident.
David Typermaas, Esq. is a resident of Massachusetts. All other
Defendants named in this Amended Complaint have complete
diversity from Plaintiff; they are not residents of New York State,
and Plaintiff is a resident of New York State.  This is complete
diversity, as was already described in the opening.

64.       Plaintiff further, upon information and belief, has it upon good
information, that Phyllis Statter Oxman has hidden marital assets
and those of the children of Ellen Oxman, Plaintiff, GGO and WJO, in
a Foundation established by her mother, Amy Plant Statter. A true
and correct copy of the  Amy Plant Statter Foundation and Trust for
GGO and WJO are hereby annexed as  (Ex. S).  Plaintiff, upon
information and belief, has every reason to suspect that the
Foundation contains assets of the Plaintiff and GGO and WJO, in
order to hide marital monies in a convenient vehicle established by
Phyllis Statter Oxman's mother, in 1952. To clarify the "Terms of a
Judgment" in Manhattan Supreme Court, 1. The judgment must be
"put together" 2. The judgment must be stamped "Filed" 3.
Judgments must have an Affidavit of Service to gain a Notice of
Entry, and 4. There can be NO appeal, no notice of appeal can be filed
as per the court's own description until it's served legally by

Affidavit of Service, then Notice of Entry, and only then does the Appeal Clock start to tick.

65.     "Notice of appeal:  a notice to the opposing party that an appeal of the court proceedings will be taken.  The notice must be served and filed within 30 days of service of the order or judgment appealed from with WRITTEN NOTICE OF ENTRY.  Again, an illegal judgment was entered by Stutman and his firm, at the request of Defendants ("The Oxmans") and the "judge" Saralee Evans, who has no legal Oath of Office to be a "judge" and therefore was a TRESPASSER on the court, signed a Judgment in collusion with Stutman at the request of the Defendants to fully deceive the court, as organized by Defendants ("The Oxmans"). Plaintiff was never SERVED the Judgment of Divorce;

66.     Plaintiff, after failing to obtain a real lawyer to tell her the facts, had to do so herself.  In this regard, since the "judge" without the Oath retired, Plaintiff wrote her own "Notice of Motion" asking for Reconsideration/ etc. in December of 2015, after failing to obtain legal help, and upon the instructions of the Dept. of Health in Albany, NY, where Plaintiff has attempted several times to obtain the full Certificate of Dissolution but as they explained at the Dept of Health in Albany, NY "we don't have it.  We don't know where it is." Although many lawyers wanted to help, one said quite clearly "the judge is corrupt.  I cannot get involved.  I will be disbarred under

some bogus action.  That's how this works."  Plaintiff encountered this reaction repeatedly.

67.    Again, the "judge" (Evans) in the underlying illegal proceedings in Manhattan Supreme Court, appears to never have "filed" a legal "Oath of Office":  the laws to be found in this regard are: 5 U.S.C. 331, 28 U.S.C. 543 and 42 U.S.C. 1983 and if the Judge does not comply with these provisions, then s/he is not a "Judge" but a trespasser upon the court.  Again, this judge, upon information and belief was a  "ringer" – a trespasser to aid and abet criminal activity of her fellow officers of the Court. In such a case, a "judge" who is a "Trespasser" and has issued judgments, documents, pronouncements, and/or Orders, all of which are then thereby null and void, by virtue of the Fraudulent Oath of Office, since the "judge" is a trespasser in the Court.

68.    Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities.  They are not voidable, but are simply void."  This is the Federal Question and Diversity of Citizenship that is before this Court. FURTHER, Judges who do not report the criminal activities of other judges become principals in the criminal activity, 18 U.S.C.  A Court's authority to render the judgment must have jurisdiction.  The issue of pleadings does not exist, because there were no pleadings submitted by the

lawyers in the underlying New York case.  It was all done Ex Parte, at the request of the Defendants, ("The Oxmans").  On October 27, 2006 ALL of these documents were "produced" without the knowledge or consent of the Plaintiff, Ellen Oxman, and to restate, in a later court filing, Herman Sloan Robarge & Sullivan sign an Affidavit, under Oath, that they were the lawyers for Plaintiff on October 27, 2006. Plaintiff, who has been treated for a seizure disorder, handed in a letter in the previous filing, that her appointment to see the seizure specialist at NY Presbyterian was on 27 October 2006, and the other medical letter clearly states Plaintiff was seen on 26 October 2006 for a serious medical disorder at NYU. One cannot say the Plaintiff signed under duress, coercion, or any of those "attempts" but rather, Plaintiff did not sign at all, as is clearly shown in this document, one assumes, since there is no indication that Plaintiff ever hired the firm Mayerson Stutman Abramowitz Royer LLP, because Plaintiff did NOT hire Mayerson Stutman Abramowitz Royer LLP;  no indication Plaintiff was ever notified Conferences and a Judgment was entered without the Plaintiff being told of these court proceedings, executed without the knowledge and presence of Plaintiff, laying the basis for Issuing a false instrument, the Greenwich Quitclaim Deeds, the deed Michael D. Stutman "concocts" is again, dated OCTOBER 27, 2006.  Plaintiff was not present. Herman Sloan Robarge & Sullivan state in an Affidavit that

on 27 October 2006 they were the law firm for Plaintiff.  The facts speak for themselves.

69.     In order to proceed to trial, again, there must be, under NY State Law, a Note of Issue filed BY THE PLAINTIFF, stating that all discovery has been completed and the case can now be put on the Trial Calendar.  There was never a Note of Issue filed legally in this case in NY, Oxman v. Oxman, and so an illegal trial was held with no pleadings, no discovery, no letters between counsel, etc., giving the NY court no subject matter jurisdiction, as this is quite clearly Fraud Upon the Court, in every  way imaginable,  done at the request of the Defendants, ("The Oxmans"), who are shown to be completely corrupt and not worthy of the lofty "status" they have attained on the world stage, as lawyers, bankers,  "Statesmen" and "philanthropists".  Their crimes against the Court are crimes of high treason, and they are the instigators as they designed and carried out this "litigation" knowing it was fraud, as they have long held enviable positions in Ivy League schools, and at major Wall Street Banks, including the international bank, Credit Suisse, where Connecticut residents, Michael Urfirer, Brady Dougan (former Head of Credit Suisse) and Gerald Lodge work or did work, both in the Connecticut offices, and other jurisdictions, as the bank's headquarters is located in Zurich, Switzerland.

70.      This Court has jurisdiction over this action under Connecticut laws of False Light privacy act against all Defendants.

71.      This Court has jurisdiction over this action under Intentional Infliction of Emotional Distress.

72.      This Court has jurisdiction over this action under defamation, libel and slander. (EX Credit Suisse/Eric statements re: Mooney "she's mentally ill,,")

73.      This Court has jurisdiction over this action under 42 U.S.C. 1983 violation of Civil & Constitutional Rights to life, liberty and property.

74.      This Court has jurisdiction over this action under 42 U.S.C. 1983 Civil Conspiracy.

75.      This court has jurisdiction over this action under rights possessed by Plaintiff under the Constitution – the 1st Amendment, the 4th Amendment, the 5th Amendment, the 6th Amendment, and the 14th Amendment of the Constitution of the United States of America.

76.      This Court has jurisdiction of this action under Title VII of the Civil Rights Act prohibiting discrimination based upon religion, sex, disability, age, race, et al. Plaintiff makes these recitations to clarify that this venue is proper in this judicial district based upon Diversity, Federal  Question, Disability rights, Fraud, Judicial Oath of Judge not being legitimate, making said Judge a trespasser in the

Court, denial of Constitutional Rights under the Due Process Clause found in the Constitution of the United States, violation of Free Speech and Religious Freedom under the 1st Amendment, violations under the 5th Amendment, 6th Amendment and 14th Amendment, et al.

77.      As a practicing Catholic, having been raised in a convent school, Plaintiff can no longer partake in the sacraments, as in the eyes of the Church, Plaintiff is ex-communicated. Taking part in the sacrament of transubstantiation is no longer something in which Plaintiff can be included. It cannot be too dissimilar to a Jewish woman who needs what is called a "get" in order to proceed with her life within her faith. To deny Plaintiff the ability to negotiate with her church over her status within the church is a full violation of the First Amendment.

78.      This is a Civil Complaint for Damages, Including Declaratory and Injunctive Relief.

79.      Plaintiff alleges, on information and belief, based , *inter alia,* on Plaintiff's own years-long, penetrating investigation of Plaintiff's "file" in this matter; documents spread in a crafty way between states, countries; many still remain unseen, and as yet unknown to Plaintiff, based upon personal knowledge and belief. Plaintiff's rights have been severely violated and those of the children, G.G.O. and

W.J.O. who Plaintiff may not plead for in this document, since
Plaintiff is not a lawyer, as the Court has already determined.

80.     Many, if not all of the documents/pleadings in this matter, do not
"exist" and there were further and substantial "documents"
sequestered in judicial chambers for more than 5 years, without
Plaintiff's knowledge, fraudulent documents written by lawyers
never hired by Plaintiff to obtain an illegal result for Defendant and
prior documents were never "filed" to stage a sham trial in
Manhattan Supreme Court; they do not exist as legitimate and legal
documents in the Court File, not entered legally by the Court Clerk,
as required by law.  TO RECAP:

81.     No Stipulation to Settlement Contract exists. There is no Notice
of Entry nor Affidavit of Service for the Judgment, which was
"signed" without the Plaintiff's knowledge or consent, by a law firm
(Mayerson Stutman Abramowitz Royer) Plaintiff never hired.  In
terms of the "Firm" Mayerson Stutman et al, there was never a
Retainer Agreement nor a Clients Bill of Rights signed, never a
Consent to Change Attorney filed in NY Supreme Court, etc. AS
REQUIRED BY LAW, no retainer agreement filed with the court, as
required by law.  In short, Manhattan Supreme Court had no subject
matter jurisdiction/no jurisdiction at all in this case, and never did
by virtue of fully defective and illegal documents, of which Plaintiff
had no knowledge, and could have had no knowledge, as they were

done without Plaintiff's "inclusion".  Plaintiff's signature was forged

over and over on document after document, including but not limited

to the Greenwich Quitclaim Deeds and illegally notarized, as is

shown in the Expert Witness Report, first by Michael D. Stutman on

27 October 2006 and then by Angela Florea of Credit Suisse, on

October 9, 2013.

82.     There was no legitimate and legal "trial" held in this matter.  In

order to commence a trial, there must be proper documents filed in

the Court, Pleadings, Expert Witness Reports, Discovery requests,

etc. to be found in the Court file, in order to prepare and proceed to

trial.  None of these documents exist, thereby defining the legal

"procedures", the very basis upon which the "Greenwich Quitclaim

Deed" documents would have had to be based; instead alleged is

extrinsic fraud.  As the Court knows, Fraud and Forgery cannot be

ratified, what's void then and now, is void forever.

83.     Indeed, the "documents" leading up to the Greenwich Quitclaim

Deeds ("The Deeds") are fully fraudulent, exist in no legal context,

not identified (not recorded in the Court Minutes, known as the Civil

Index Minutes in Manhattan Supreme Court) as a document in the

Court file, No Affidavit of Service, therefore products of "Sewer

Service" which the Court knows is "the fraudulent service of

process", which is also the crux of the matter before the court.

84.     "Sewer Service" is invalid service, the documents are never served on the party and therefore the party cannot know that the documents exist.  As the Court knows, "Sewer Service" is slang but means there was NO SERVICE OF THE DOCUMENTS AT ALL, and no attempt was made to deliver them in a procedurally legal method to the Plaintiff; Plaintiff had no possibility to know of their existence, and this is, of course, a given, just plain old common sense.   Again, Plaintiff knows that "conclusions" are not the basis for this court to review this case, but, the FACT ALONE is that "Sewer Service" is a Fraud Upon the Court, and the attorneys in this matter, David Craig Oxman, Esq., Stephen A. Oxman, Esq., Pamela Sloan, Esq., et al, knowingly participated in these schemes to benefit themselves and to subvert justice.  It is against the law, it is against the Constitution, against public policy, it denies justice, is fully illegal in any country on earth.  It violates the Constitution. It is treason.  It shocks the conscience of any normal person who wishes to see real lawyers, real courts of law and real documents with real signatures. It's an abomination.

85.     Plaintiff could not have had any indication that her in-laws, uncles and aunts of the children of the marriage, Yale educated Lawyers, who "operate" in international firms, such as Davis Polk & Wardwell, or Shearman & Sterling, or Cleary Gottlieb, or Cravath, would practice  "law" in this illegal manner, involving any number of

"experts", other "lawyers" to behave thusly, fully shocks the conscience and is against public policy in every way imaginable. It cannot be stated enough, and while there is much prima facie evidence, Plaintiff knows the Court needs fully documented proof "sufficient factual matter" as such because of the bar being re-set after the Supreme Court "Ashcroft v.Iqbal" ruling.

86.     Though  Plaintiff is pro se and has no education beyond the arts, and has had to teach and study and investigate the matter herself , it's important to note that all of the expert witnesses in this matter, forensic document examiners, notary experts, have clearly indicated to Plaintiff that they have been threatened and intimidated for the documents they have prepared in this matter. It's important that the Court know this.  Expert witnesses are being intimidated and this is witness tampering.

87.     Plaintiff brings this action to vindicate Plaintiff's Federal Constitutional Rights that occurred in Courts of no jurisdiction, e.g. the State Supreme Court of Manhattan, Family Court, et al. Defendants have acted in a rogue manner in all things presented to this court in this matter.  Defendants have and continue to engage in a pattern and course of conduct that is against the Federal Laws, the Constitution, using the Courts to commit crimes rather than to obtain and uphold the laws, and the practice of law.  The Supremacy Clause provision in Article Six, Clause 2 of the United States

Constitution establishes the United States Constitution, federal statutes, and treaties as "the supreme law of the land". It provides that these are the highest form of law in the United States legal system, and mandates that all state judges must follow federal law when a conflict arises between federal law and either a state constitution or state law of any state.

88.     Human Rights Treaties – the Universal Declaration of Human Rights and the International Covenant on Civil and Political Rights are both rendered Supreme Law by virtue of the Supremacy Clause. States are PROHIBITED to nullify federal law pursuant to Article III of the U.S. Constitution.  No Court can "predetermine" a "winner", as is to be seen here and demonstrated on facts and documents to prove all that has been stated so far.  Defendants colluded, conspired, schemed and falsified documents, facts and law, committing perjury, staging illegal sham proceedings, falsifying documents, to benefit themselves financially, harass and oppress Plaintiff and the children of the marriage, G.G.O. and W.J.O., by virtue of extortion, putting children in crisis, inflicting profound emotional distress on Plaintiff and the children of the marriage, G.G.O. and W.J.O. and engaging in Schadenfreude.

89.     Defendants used retaliation, threats of imprisonment, extortion, as can be seen – On Nov 3, 2006, Defendant would have known he was "divorced" and would know that Plaintiff had no idea.

Defendant, feeling powerful and "in charge", came by Plaintiff's home, and attempted to steal the family bikes from the bike room – a true and correct copy of the Family Offense Petition, Affidavit of Christine Wasserstein, Alison Turner, Dr. Bitschnau and resultant Bronstein "ORDER TO SHOW CAUSE" illegally labeled "court exhibit" in the Civil Index Minutes, is attached hereto as EXHIBIT T and exhibits clear and illegal coercive control against Plaintiff, acting in obtuse ways to family and domestic violence, ignoring and minimizing it to subvert and circumvent established principles, codes, and laws on child abuse and domestic violence, for their own financial gain, and need for power and control. Defendants provoked family violence in order to subject Plaintiff and G.G.O. and W.J.O., to ongoing crisis and revictimization where they would require Defendants' "intervention" which was illegal and translated into profit for them. Defendants sought to pathologize Plaintiff and marginalize Plaintiff as a protective mother in order to subvert, enable, and cover up child abuse; and terrorize, oppress and humiliate women. Defendants had clearly stated to Plaintiff that they would "use the children G.G.O. and W.J.O., like bullets in a gun at the head of the Plaintiff"; and so they have, in order to gain financial advantage by Fraud, Fear and Extortion.

90.   Defendant, Diana Paine Alvares Correa acted as a go-between in order to wrangle the Plaintiff into the offices of her psychiatrist, Dr.

David Levine, and by referral of David Craig Oxman, Esq., Paine
Alvares Correa had her own divorce choreographed by Defendants
"The Oxmans".  In return for their "patronage" in her matter, upon
information and belief, Defendant Paine Alvares Correa acted as a
clear go-between in order to damage Plaintiff for reasons known to
her.  Herman Sloan and Dr. Levine "confronted" Plaintiff with
"information" given to them by Paine Alvares Correa.  When Plaintiff
contacted Paine Alvares Correa concerning clear violations of
Attorney/Client privilege and breaking HIPPA laws, Defendant Paine
Alvares Correa retaliated by severing "the friendship" by postcard,
whereby Paine Alvares Correa admits to committing legal
malpractice and breaking HIPPA laws "on her nickel".  A copy of the
post card from the Scilly Isles in the UK, sent with intention to cause
emotional damage to Plaintiff is annexed hereto as EXHIBIT U.

91.      Furthermore, Defendants are linked to the banking industry, as
stated, and collude with courts and real estate agents and others to
defraud and cheat the American public out of their homes and
property, through all sorts of illegal and predatory practices, the
"Greenwich Quitclaim Deeds" being but one maneuver of this kind,
which points to the possibility of straw buyer.

92.    The Greenwich Quitclaim Deeds are presented as a starting point
for the purposes of this document.  Defendants' influence,
corruption, and methods promote and enable child abuse, child

pornography, human trafficking, and other dealings in obscene matter, to which Defendants appear to be linked and/or personally involved.  The destruction of civil and constitutional rights by Kangaroo Courts such as Plaintiff has been exposed, is inimical to society as a whole and the Defendants actions are anti-American and therefore treason. When courts fail to act with integrity it is foremost burdensome to the child and inimical to their development, health, and well-being.  It is nothing short of child abuse across international borders and state lines, which is what has happened here.  Sloan, rather than protecting the children, in 2005, sent them off to Scotland with their father, alone.  The letter from Herman and Sloan describing that trip and their "financial deal" with Defendant, John Craig Oxman, regarding same, point to schemes and plans designed to deceive the court, from the start.  Plaintiff could not have known.  Their default position was, with libel and slander, repeat that Plaintiff was  "mentally ill", which is not true, Plaintiff has no diagnosis of any mental illness at all, not now, not ever. Defendants have kept up a steady drum-beat over the course of this action, stating that Plaintiff is "mentally ill, delusional, etc. " as can be seen in a Credit Suisse fax sent by Defendant, John Craig Oxman. The Credit Suisse fax (one of hundreds) is annexed hereto as Exhibit U1

93.     Relief from this Court is the last resort as the Manhattan Supreme Court has been labeled a "cesspool" in the Main Stream Media and at least one (1) of the Judges in Oxman v. Oxman, was under an FBI investigation.   Plaintiff has lost valuable rights, and time to continue the love and care Plaintiff had lavished upon the children of the marriage, G.G.O. and W.J.O. This is a quality of life experience that can never, ever be regained. That Defendant's should have obtained illegal (therefore void) Judgments, then attacked Plaintiff in Plaintiff's own home,  when Plaintiff had no possibility to know that Defendants had obtained an illegal (void ab initio) Judgment, but Defendants knew, and their calculated and illegal response was to file an Ex Parte Order to Show Cause (never served upon Plaintiff, who was pro se, No Affidavit of Service, not recorded in the Court Civil Index Minutes as an Order to Show Cause but is labled "Court Exhibit"  but it's an illegal ex parte  Order to Show Cause to cover up corruption and documents that were void, remain void now, again that are not now and never were of any force and effect but were concocted to Deliberately Deceive the Court. Threatening Plaintiff with Imprisonment and loss of the infant children of the marriage, G.G.O. and W.J.O.  has been the illegal strategy of the Defendants since before Plaintiff filed for a divorce on the grounds of domestic violence and adultery, in 2004.

94. The Order to Show Cause was never legally filed in the local court, never served upon Plaintiff, who had no lawyer, or so Plaintiff thought. Plaintiff was sent by the NYPD to obtain a Temporary Order of Protection (pro se) in Family Court, which was granted. Plaintiff had no idea about her rights vis a vis the Order to Show Cause which threatened Plaintiff with Prison (Ex T). Plaintiff now knows that an Affidavit in Opposition should have been filed, but since Plaintiff was the one attacked in her own home by the Defendant, John Craig Oxman, Plaintiff could not conceive of what she was up against, could not conceive that Deceiving the Court was the only way this realm "works". Since Plaintiff was pro se, is not a lawyer and was terrified for her young children, with every reason to be so, she was at a loss.

95.      Plaintiff remains the client of Herman Sloan Robarge & Sullivan, who were a firm at least (if not still) until 2012 (Refer to EX N HERMAN FIRM DOCUMENT) Plaintiff was told over and over that Herman Sloan Robarge & Sullvian had "fired" her in September of 2006. Plaintiff now knows a lawyer/firm must make a motion to leave a client, or a Consent to Change Attorney must be filed; neither happened in this case, and DECEIVING THE COURT is their modus operandi.   If a firm or lawyer wishes to no longer represent a client, the lawyer/firm must make a motion to the Court to be let out of the case, and there must be a Consent to Change Attorney. This never

happened and the firm of Pamela Sloan was and remains the

attorney of record in Oxman v. Oxman.  Their outrageous and well-

planned malfeasance is how they operate in deceiving the court for

their own gain, and destroying young lives in the bargain.  It would

be even slightly "easier" to understand if Defendants were "average"

sorts, but again, these are highly sophisticated professionals, those

in the 1%, from Yale Law and partners at the most important law

firms and in investment banks in the country, demonstrating a

wanton disregard for deeply illegal conduct, concocting an entire

lawsuit cobbled from fraud upon the court, only to Deceive the Court

and misuse the system for their own gain, with no thought to public

policy, public and TANF funds that pay for Courts to "operate" in

such outrageous and illegal ways.  Procedurally there is no "There"

there.  Plaintiff was lied to by Sloan and told that Defendant

demanded a trial on some made up "theory".  But if there is to be a

Trial, Plaintiff must be the one to file a Note of Issue.

**Section 206.12 Note of issue and certificate of readiness.**
(a) General. No action shall be deemed ready for trial until
there is a filed note of issue accompanied by a certificate of
readiness, with proof of service on all parties entitled to notice,
in the form prescribed by this section. Filing of a note of issue
and certificate of readiness shall not be required for prisoner
pro se claims, for an application for court approval of the
settlement of the claim of an infant, incompetent or
conservatee; or an application for court approval of a
settlement pursuant to section 20-a of the Court of Claims Act.
The note of issue shall include the claim number, the name of
the judge to whom the action is assigned, and the name,

office address and telephone number of each attorney or individual who has appeared. Within 10 days after service, the original note of issue and certificate of readiness, with proof of service, shall be filed with the clerk.

(b) Forms. The note of issue and certificate of readiness shall read substantially as follows:

NOTE OF ISSUE

Claim No. _____

_____

New York State Court of Claims,_____ District

Notice for trial

Filed by attorney for _____
Date claim filed _____
Date claim served _____
Date issue joined _____

*Nature of action*

Tort: Highway or motor vehicle negligence          _____

Medical malpractice          _____

Other tort (specify) _____

Appropriation claim          _____

Small claim pursuant to article 6 EDPL          _____

Public construction contract claim          _____

Other contract          _____

Other type of action (specify)          _____

_____

Amount demanded          $_____

Other relief

Attorney(s) for Claimants(s)
Office and P.O. Address:
Phone No.
Attorney(s) for Defendant(s)          Insurance carrier(s):

Office and P.O. Address:

Phone No.
Note: Clerk will not accept this note of issue unless accompanied by a certificate of readiness.

CERTIFICATE OF READINESS FOR TRIAL
(Items 1-6 must be checked)

66

|  | Complete | Waived | Not Required |
|---|---|---|---|
| 1. All pleadings served and filed. | _____ | _____ | _____ |
| 2. Bill of particulars served and filed. | _____ | _____ | _____ |
| 3. Physical examinations completed. | _____ | _____ | _____ |
| 4. Medical reports filed and exchanged. | _____ | _____ | _____ |
| 5. Expert reports filed and exchanged. | _____ | _____ | _____ |
| 6. Discovery proceedings now known to be necessary completed. | _____ | _____ | _____ |
| 7. There are no outstanding requests for discovery. | _____ | _____ | _____ |
| 8. There has been a reasonable opportunity | _____ | _____ | _____ |
| 9. There has been compliance with any order issued pursuant to section 206.10 of this Part. | _____ | _____ | _____ |
| 10. The action is ready for trial. | _____ | _____ | _____ |
|  | _____ | _____ | _____ |

Dated: _____

(Signature)_____

Attorney(s) for:_____

Office and P.O. address:_____

(c) Pretrial Proceedings. Where a party is prevented from filing a note of issue and certificate of readiness because a pretrial proceeding has not been completed for any reason beyond the control of the party, the court, upon motion supported by affidavit, may permit the party to file a note of issue upon such conditions as the court deems appropriate. Where unusual or unanticipated circumstances develop subsequent to the filing of a note of issue and certificate of readiness which require additional pretrial proceedings to prevent substantial prejudice, the court, upon motion supported by affidavit, may grant permission to conduct such necessary proceedings.

(d) Striking Note of Issue. Within 20 days after service of a note of issue and certificate of readiness, any party to the action may move to strike the note of issue, upon affidavit showing in what respects the action is not ready for trial, and the court may strike the note of issue if it appears that a material fact in the certificate of readiness is incorrect, or that the certificate of readiness fails to comply with the

requirements of this section in some material respect. After such period, no such motion shall be allowed except for good cause shown. At any time, the court on its own motion may strike a note of issue if it appears that a material fact in the certificate of readiness is incorrect, or that the certificate of readiness fails to comply with the requirements of this section in some material respect.

89.   There was no Note of Issue ever filed in the State Court, but a fake trial was held with no discovery, no witnesses, it was fraud and deceiving the Court, all concocted by well regarded international lawyers, David Craig Oxman, Stephen A. Oxman, John Craig Oxman, Pamela Sloan, et al.

90.   All the Documents "concocted" were allegedly done on 27 October 2006, by Stutman and Bronstein/Typermaas.  HOWEVER, to fully contradict this, William Herman, Esq., of Herman Sloan Robarge & Sullivan, as shown, submits a document to the very same court stating CLEARLY that his firm (Herman Sloan Robarge & Sullivan) were the lawyers/firm for Plaintiff on 27 October, their firm still a business before the State of New York in 2012.

91.   It is imperative that a jury of the people hears this case. It is imperative that the people of the United States be made aware of the corruption and moral turpitude running rampant in "state courts", such as this document describes in detail.  These courts employ eugenics and

social engineering, marginalizing female Plaintiffs (mothers in some
cases) and psychologically conditioning and corrupting American
youth.  That there is no Attorney/Client Privilege is a fact.  As can be
seen here "The Postcard" from Diana Paine Alvares Correa, she clearly
states that Plainiff had no Attorney/Client privilege nor HIPPA rights
with Dr. David Levine. In full conflicts of interest, Plaintiff had been
"hustled" by the "go-between" Diana P. Alvares Correa, into retaining
Pamela Sloan, Esq., at  Herman Sloan Robarge & Sullivan and Dr. David
Levine, whereby Diana Paine Alvares Correa, a client of both, "insisted"
that Plaintiff "use" these professionals, then berates and slanders
Plaintiff in writing that makes clear deeply unethical things are
occurring.  No ethics, no observance of any legal propriety what so ever,
but instead to exploit a system that has been corrupted by the
Defendants themselves, prominent professionals, who have no concerns
for their illegal behavior, indeed, they are amused by "getting over" in
this and other legal endeavors outside of the scope of this document, but
none the less, points to a course of conduct and a way of obstructing
justice and performing illegal acts because Defendant's gain and know
they will not be held to any legal standard at all.

92.      Upon learning the true names and capacities of the DOE
         defendants, Plaintiff asks leave of the Court to amend this complaint
         as appropriate.  At all times set forth by the averments herein and
         henceforth where Plaintiff alleges that any Defendant has

perpetuated and/or continues to perpetuate a pattern of collusion, conspiracy, scheming, fraud, extortion, witness tampering, retaliation, abuse, harassment, tortious interference, tortious acts, intentional infliction of emotional distress, personal injury, false imprisonment, obstruction of justice, constitutional violations, ethical violations, violations of public policy and codes of conduct, indecency, and shall constitute as predicate acts in violation of the Constitution, for personal gain or pleasure, and acted beyond the scope of their responsibilities and/or failed to act pursuant to their responsibilities as officers of the court, fiduciaries, representatives of the Town of Greenwich, Ct., and/or officers of the court.

93. Declaratory relief is available pursuant to 28 U.S.C. 2201 – Creation of Remedy and 28 U.S.C. 2202 – further relief.

## FURTHER FACTS AND PROCEDURAL HISTORY

### Illegal Documents commencing with Greenwich Quitclaim Deed

94.      On or about on July 23, 2014 Plaintiff had reason to contact the Greenwich Town Hall, Clerk's Office, and inquire about the ownership of Plaintiff's home 9 Paddock Drive, Greenwich, Connecticut, where Plaintiff and her two (2) children, G.G.O. and W.J.O. had moved to after 9/11. The infant children of the marriage were enrolled in the Parkway School – a true and correct copy of

enrollment was annexed in the original filing, as G.G.O. was born with a hearing impairment and required services under an IEP, etc.

95.     Plaintiff and the children were/are victims of domestic violence.  Plaintiff and the two (2) children had been living in New York at 1100 Park Ave NY NY where the infant children attended private schools, respectively, The Dalton School, and The Buckley School.  Defendant, John Craig Oxman, natural father of the children, G.G.O. and W.J.O. was never home in New York, except on weekends, upon occasions, when he claimed he needed to "travel for work".  When Defendant, John Craig Oxman was home, he abused the children and the Plaintiff.  Several documents, including police reports, attesting to this – true and correct copies are annexed. But further, mandated reporters, such as Dr. William Dince, knew of the violence against the infant children, and instead of reporting the illegal conduct, he intentionally inflicted emotional distress on the Plaintiff and the children as can be seen in his e mails a copy of some of the DINCE e mails are annexed hereto as EXHIBIT W.      Plaintiff had hoped to preserve the marriage for the sake of the children, by moving them to Greenwich, Connecticut and thereby keeping the children in a "safety zone".  However, David Craig Oxman, Esq., for Plaintiff and Defendant and their children, G.G.O. and W.J.O. lives in Greenwich, Ct., with Phyllis Statter Oxman, had advised Defendant John Craig Oxman, his natural brother, that in order to "stake a

claim" it would appear, David Craig Oxman, Esq., along with Phyllis Statter Oxman, and Stephen A. Oxman, instructed Defendant John Craig Oxman to take a limo home every night from Credit Suisse at 11 Madison Ave. NY NY, where Defendant, John Craig Oxman has been employed since 1983. The parties married in 1985 and had their first child in 1992, the second in 1993. Defendant did not suddenly change his conduct for reasons of being a "family man" but rather Defendant's concerns were his need to dominate and control and demonstrate illegal "ownership" of marital assets, etc and exercise power and control over Plaintiff.

Defendants David Craig Oxman, Esq., and Trust & Estates attorney for Plaintiff and Plaintiff's children, set up a Trust behind the back of Plaintiff, under the guise of it being for the benefit of the children, G.G.O. and W.J.O. John Craig Oxman and David Oxman were in charge of the secret "Trust" as was Stephen A. Oxman, and Defendant Phyllis Statter Oxman was also privy to the facts. Plaintiff and the children, GGO and WJO had no chance against this kind of "realm".

96. Plaintiff was referred to James A Fulton, Esq., as a litigator in Greenwich, CT who handled fraudulent deeds such as the Greenwich CT Quitclaim Deeds; instead, Fulton took Plaintiff's money, never approached the illegal deed, wrote a Will, and made himself beneficiary of Plaintiff's estate, and his firm as well.

72

## PARTIES

96. Ellen Oxman, Plaintiff Pro se is a resident of New York State, natural

mother to G.G.O. and W.J.O.

97. G.G.O. and W.J.O., legitimate children of the marriage, cannot be

represented by Plaintiff as Plaintiff is not a lawyer, as the Court has

previously informed Plaintiff pro se.

98. John Craig Oxman, Defendant, resides and or does business in the

State of Connecticut, was the husband of Plaintiff and married

Plaintiff January 5, 1985 obtaining an ex parte divorce without

knowledge of Plaintiff, obtained at some point in 2006.

99. David Craig Oxman, Defendent, resides and or does business in the

State of Connecticut was brother-in-lw of Plaintiff, and lawyer for

Plaintiff, Defendant, children of the marriage, G.G.O. and W.J.O. and

for Phyllis Statter Oxman, Stephen A. Oxman, et al.  In effect, the

lawyer for the "Oxman Family".

100.     Phyllis Statter Oxman, Defendant, resides and or does business

in the State of Connecticut, was sister-in-law of Plaintiff and has

control over her mother's foundation, the Amy Plant Statter

Foundation, controlled by David Craig Oxman, Esq., through his law firm, Davis Polk & Wardwell, where, upon information and belief, David Oxman has illegally mingled, in part, Plaintiff's hidden assets in the Amy Plant Statter Foundation.

101.    Pamela Sloan, Esq., Defendant, resides and or does business in the State of Connecticut was and remains the attorney of record for Plaintiff in the underlying proceeding that was imporpoerly commenced in NY, by her firm, "Herman Sloan Robarge & Sullivan" which legally existed until 2012, as is seen in their document of incorporation.

102.    Cate Keeney, Defendant, resides and or does business in the State of Connecticut and was the Real Estate Agent for the property 9 Padock Drive, Greenwich, Connecticut, when Plaintiff bought the home sigh unseen by Defendant, John Craig Oxman.

103.    James A. Fulton, Defendant, resides and or does business in the State of Connecticut, is a lawyer in Connecticut, to whom Plaintiff was referred for the purpose of uncovering the illegal deeds on Plaintiff's home in Greenwhich Connecticut.  Fulton took a financial advance from Plaintiff without a retainer, and had no intention to attempt to uncover the Deed Fraud, despite this being one of his

areas of expertise.  Instead, his "firm" drew up a will, naming

FULTON as a "good friend" and BENEFICIARY of Plaintiff, despite the

fact Plaintiff does not know Fulton at all but for meeting him once or

maybe twice in his office in Greenwich Ct. Can't make that stuff up.

104.     Michael Urfirer, Defendant, resides and or does business in the

State of Connecticut and was a colleague at Credit Suisse with

Defendant, John Craig Oxman. He and his wife, Leslie Cornfeld were

"friends".  When Cornfeld divorced Urfirer he referred Defendant

John Craig Oxman to one of his two (2) firms, the "Firm" Blank/Rome,

Sheila Riesel, helped in a campaign of inflicting intentional emotional

distress against Plaintiff and Plaintiff's children, which continues.

105.     Gerald Lodge, Defendant, resides and or does business in the

State of Connecticut and is a colleague at Credit Suisse with

Defendant, John Craig Oxman, and lived in the same building in

Manhattan, Apt 3D, until Plaintiff moved with the children to

Greenwich,  Ct after 9/11.   Aided and abetted hiding marital assets,

through Credit Suisse and aided in campaign of intentional infliction

of emotional distress against Plaintiff.

106.     Brady Dougan, Defendant, resides and or does business in the

State of Connecticut and was the Chief Executive Officer of Credit

Suisse, in charge of Defendants, John Craig Oxman, and Gerald Lodge, and aided and abetted in hiding and secreting marital assets, helped in campaign of intentional infliction of emotional distress and abuse against Plaintiff.

107.    Stephen A. Oxman, Defendant, resides and or does business in the State of New Jersey, the brother in law of Plaintiff, and a "prominent" lawyer/banker, former litigator at Cravath, Sherman & Sterling, was a close colleague of the late Bruce Wasserstein, and of Joseph Perella, Defendant Stephan A. Oxman was the Head of the Board of Princeton as well as "interviewing" Rhodes Scholarship candidates in his capacity of having had a Rhodes Scholarship with William Jefferson Clinton, with whom he went to Yale Law (as he did with Hillary Clinton). Stephen A. Oxman has his own "foundation" which appears to be another vehicle used to hide Plaintiff's marital assets.

108.    Carmella P. Budkins, Defendant, resides and or does business in the State of Connecticut and is the Town Clerk at Greenwich, Ct. Town Hall.  C. Budkins is a Town employee, and subject to Monell claims.

109.    David Typermaas, resides and or does business in the State of

Massachusetts and was a lawyer with Peter Bronstein, another firm

for Defendant, John Craig Oxman, until recently, whereby he has

relocated to Boston, Mass to work for Morgan Stanley.  Typermaas

"Witnesses" Plaintiff's "signature" on several documents, but

Typermaas has a conflict of interest as he is Defendant's lawyer, and

Plaintiff was not present, and so Typermaas oversaw the forging of

Plaintiff's signature.  Typermaas is an officer of the court.

110.    Leslie Weber Hoffman, resides and or does business in the

State of Virginia, is a divorce lawyer in DC and does Guardianship

work with judges in cases of incapacity.  Attorney Hoffman nee

Kuhlthau, is First Cousin to Plaintiff.  Hoffman was involved in corrupt

schemes across state lines in a number of different litigation events

where she worked with "The Oxman Defendants", using schemes and

Bait and Switch tactics to aid in the fake documents in this filing and

other schemes in which she was a key player with the Oxman

Defendants.   Weber Hoffman is an officer of the Court.

111.    Andrea Marcolini Dunn, resides and or does business in the

State of Massachusetts and is a childhood friend of Plaintiff, also took

favors from Defendants, and worked against Plaintiff in order to

profit from Oxman Schemes from which she benefitted.  Acted as a go-between.

112.    John Peter Dunn, reside and or does business in the State of Massachusetts and is married to a childhood friend of Plaintiff, also took favors from Defendants, and worked against Plaintiff in order to profit from Oxman Schemes from which he benefitted. Acted as a go-between.

113.    Diana Paine Alvares Correa, resides and or does business in the State of Maine, and was a "friend of Plaintiff, having met through a friend, Wiilliam H. Whyte, author of the Organization Man.  Paine violated Plaintiff's attorney client privilege with Herman & Sloan, as well as violated HIPPA by discussing Plaintiff's "medical" issues with Dr. David Levine, a doctor in New York, married to Carly Simon's sister, acted as a go-between.

114.    Diane Carol Troup, resides and or does business in the State of Virginia and was Plaintiff's college roommate, but was on a "Witness" list to testify against Plaintiff; it seems she was part of a libel and slander campaign against Plaintiff, acting as a go-between.

115.    Jane Does 1-20 resides and or does business in the State of Connecticut or other jurisdictions that are not New York.

116.    John Does 1-20 resides and or does business in the State of

Connecticut or other jurisdictions that are not New York.


## CAUSES OF ACTION

**A. Conspiracy Against Rights  18 U.S.C.  241**

**B. Deprivation of Rights under color of Law  18 U.S.C. 242**

**Fraud and related activity in connection with identification documents, authentication features, and information  18 U.S.C 1028**

**C. Mail Fraud 18 U.S.C. 13**

**D. Wire Fraud 18 U.S.C. 1343**

**E. Bank Fraud 18 U.S.C. 1344**

**F. Intangible Person Property Right Deprivation Title 18 U.S.C. 1503**

**G. Obstruction of proceedings before departments, agencies and committees:   18 U.S.C. 1505**

**H. Obstruction of Criminal Investigations 18 U.S.C 1510**

I.  Tampering with a witness, victim, or an informant: 18 U.S.C. 1513

J.  Unlawful conduct with respect to documents in furtherance of trafficking

K.  Interference with commerce by threats or violence 18 USC 1951

L.  Stalking 18 U.S.C. 2261 A

M.  Violence Against Women Act (VAWA) : 42 U.S.C. 136, subchapter III

N.  False Imprisonment and Deprivation of Rights 42 U.S.C. 3631

O.  Conspiracy to Interfere With Civil Rights  42 U.S.C. 3631

When a judge violates a litigant's constitutional rights, subject matter jurisdiction is lost.


## CAUSES OF ACTION


COUNT ONE:  FOURTEENTH AMENDMENT VIOLATION 42 U.S.C. 1983
(Due Process, Familial Association, Right to Parent, Conspiracy, Breach of Contract, Abuse of Process, Culpable Breach of Duty, Intentional Infliction of Emotional Distress, Personal Injury)

117.    Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.

118.    This count is brought by the plaintiff, Ellen Oxman, against Defendants alleging a cause of action under 42 U.S.C. 1983 14th Amendment.

119.    At all relevant times, Plaintiff and Defendants were "persons" pursuant to 42 U.S.C. 1983

120.    At all relevant times, Defendants engaged in violations of Plaintiff's Rights to Due Process under the 14th Amendment "Due Process".  Saralee Evans, Stutman, Bronstein, "The Oxmans" et al, engaged in a course of conduct and acted as "go-betweens" to deny Plaintiff access to court hearing, and direct documents that would define Plaintiff's right to property, liberty, all elements of "Due Process" under the laws of the State and the US Constitution.

121.    As detailed above, the Defendants acted as a group to deprive Plaintiff of all information involving Plaintiff's case before the Court, and the result was Plaintiff was illegally deprived of her property and freedom because of extortionate threats made by Defendants, all working in concert in this regard.

122.    As detailed above, Defendants "The Oxmans" David, Craig and

Stephen, are lawyers and took Oaths to uphold the law.  Further,

David Oxman was a naval officer, and had to have taken an Oath to

uphold the Constitution as well as his Oath as a lawyer.  Stephen A.

Oxman, also a lawyer, would have taken an Oath to uphold the law,

and a further Oath when he took Office as Assistant Secretary of

State.  John Craig Oxman would have taken an Oath to become a

lawyer in the State of NY.  Other Defendants were under similar

"Oaths" such as Stutman, Sloan, Herman, Weber Hoffman, et al.

123.    Defendants were in positions of extreme power over Plaintiff

and her children.  They had full knowledge of the fraud they

committed, and connived to work together to execute their illegal

schemes, both in the Court and in every other area in which they

could abuse their power and influence.


124.    Defendants deprived Plaintiff of her federal substantive and

procedural due process rights in Supreme Court by denying her

access to the court, by not permitting Plaintiff proper legal

representation, denying Plaintiff knowledge of fair and full hearings,

to be notified of said hearings, by this Defendants violated Plaintiff's

constitutional rights to due process, familial association and freedom

of religion as guaranteed by the 1st, 4th, 5th and 14th Amendments of

the U.S. Constitution.

125.    Defendants made, caused to be made, acted in concert or

conspired to make and/or aided and abetted one another to make

representations as to material facts as alleged herein which were

false, and known to be false by Defendants and were done as part of

Defendants' custom and policy as they are a "group" to be

categorized as relatives and friends who undermine court

proceedings and integrity to complicate and protract cases so they

can profit.

126.    Acting pursuant to said custom and policy, at all relevant times

alleged herein, Defendants acted in concert and with the cooperation

and encouragement of each other to commence and continue

fictionalized proceedings against Plaintiff and continued the

prosecution of Plaintiff Ellen Oxman in Supreme Court to the point of

destroying her rights to her property, her access to her children,

and/or having third parties interfere with fraudulent litigation that

caused Plaintiff to not be informed as to her rights under the law.

127.     Defendants caused said prosecution of Plaintiff Ellen Oxman by
filing baseless motions (such as the Order to Show Cause, incorrectly
titled in the Civil Index Minutes as "Court Exhibit dated 11/09/2006.)
Filed false financial reports, false forensic reports or no reports at all,
false documents (Judgment of Divorce, Greenwich Quitclaim Deeds)
to obtain legal results that were void ab initio, and to damage the
relationship Ellen Oxman had both with her children G.G.O. and
W.J.O., as well as to damage her reputation in society.  Defendants
willfully and maliciously continue to fabricate facts, reports and orders
and ignore any report that Plaintiff submits to expose the facts of the
matter.

128.     Defendants deprived Plaintiff and her children, G.G.O. and
W.J.O. of their federal rights to access their mother, property, right
to be told of hearings, right to fair hearings by ignoring all the facts
of matter as reported and by allowing Defendants "The Oxmans" and
their cronies, to control the court proceedings based on their
personal bias and greed.

129.     By reason of the foregoing, the Defendants are liable to
Plaintiff pursuant to 42. U.S.C 1983 for damages, and other and just

relief as determined by the Court, and any other relief which the

Court deems proper.

## COUNT TWO: FIRST AMENDMENT VIOLATION – FREEDOM OF SPEECH – FREEDOM OF RELIGION

130.     Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.

131.     This count is brought by Plaintiff against Defendants, who gas-lighted/ brain washed Plaintiff into thinking a Court can just pass an unseen magic wand, and pronounce Judgments as "done", Stipulations (Contracts) as real, when they are not, Sewer Service as legitimate when it's illegal and invalid service, making all legal actions null and void.

132.     At all times relevant, Defendants sought to silence Plaintiff by threatening Plaintiff with arrest, civil contempt, and other lies in order to deprive Plaintiff of her Freedom of Speech, to tell the truth, under the First Amendment of the United States Constitution.

133.     Pursuant to the First Amendment, Plaintiff is guaranteed the right to Free Speech without the interference from State actors and other Defendants.

134.    Those rights were deliberately and maliciously interfered with by Defendants, who in brutal ways, have tried to silence Plaintiff with threats of jail, arrest, fines, penalties for "crimes" that Plaintiff never committed.  It was to cover up the crimes of the Defendants, forgery, fraud, illegal Judgments by judges who are not really judges before the law and the courts, working in concert with the other Defendants with illegal tactics to terrify the Defendant into silence.  Deathly silence.

135.    Defendants took an illegal position against Plaintiff in order to force Plaintiff into a position where she did not and could not know her rights, because she was deprived of them.

136.    Defendants as State actors and the other Defendants abused their powers and positions in the court to ignore Plaintiff's constitutional rights to Freedom of Speech and Freedom of Religion.

137.    Defendants as State actors and other Defendants aided and abetted obtaining an illegal judgment of divorce, without the knowledge of Plaintiff, which deprived her of her Freedom of Religion, as the divorce, done without the consent or knowledge of Plaintiff, caused her to, essentially be ex-communicated from the Catholic Church, without any recourse, or ability to explain how,

when, why and where she was Divorced, since it happened without

Plaintiff's participation.  Plaintiff was not informed of the Court date

of 30 October 2006, that can be seen now on Web Civil Supreme.

Plaintiff never had heard of Web Civil Supreme until Plaintiff attended

meetings of the Coalition for Family Justice, where several "lawyers"

told Plaintiff how to research her case on the Web.  If not for that

(Novemeber 2010 the marathon Sunday was Plaintiff's first meeting

with the Coaltion) Plaintiff would not have been able to commence

her investigation that has led up to this filing.  Defendants  as State

actors deliberately and other Defendants, deliberately denied

Plaintiff access to documents and information that would have made

Plaintiff aware of the events going on without her informed consent.

All was done in secret, against the law, against the Constitution, as

has been stated.

138.     Defendants as State actors and other Defendants abused their

powers deliberately ignoring Plaintiff's rights as a mother, a partner

in a legal marriage, in order to deprive Plaintiff the right to exercise

her freedom of speech, religion, and to care properly and equally for

her children, who prior to Plaintiff filing for divorce had been in her

sole care, as the Defendant, John Craig Oxman, was never home, as

witnesses stated but Plaintiff's lawyers REFUSED to represent Plaintiff's interest in court document or otherwise, to the detriment of justice.

139.    Defendants as State actors and the other Defendants abused their powers and positions in the court to ignore Plaintiff's consitutional rights to promote Defendants self interested and unwarranted and unlawful beliefs, including religious, schooling and and therapeutic and medical abuses as caused to happen by the Defendants, upon Plaintiff and GGO and WJO without a basis and using fictional, false and fabricated documents, property deeds, contracts to Settlement, illegal judgments of divorce, in collusion with each other to create a false case to support their unlawful objectives to deprive Plaintiff of Constitutional Rights to Free Speech and Freedom of Religion.

140.    Defendants deliberately and maliciously interfered with Plaintiff's rights by Defendants bias against Plaintiff because of her religion, race, sex, age, and status, illegally giving rights to Defendant John Craig Oxman, to which he was not entitled under the law.

141.    Because of Defendants' constitutional violations, Plaintiff lost
her right to her freedom of speech and right to her religious freedom
and heritage.

142.    By reason of the foregoing, the Defendants are liable to
Plaintiff pursuant to First Amendment Violations U.S.C. for punitive
damages, injunctive relief and other and just relief as determined by
the Court and any other relief which the Court deems proper.

## COUNT THREE:  42 U.S.C. 1983 – MONELL CLAIMS

143.    Plaintiff repeats and realleges all of the allegations above as if
fully alleged herein.

144.    This count is brought by plaintiff alleging a cause of action
under 42 U.S.C. 1983 – Monell Claims.

145.    The foregoing violations of Plaintiff's Federal constitutional
rights and injuries were further directly, forseeably, proximately,
and substantially caused by conduct, chargeable to Carmela
Budkins, Town Clerk of Greenwich Ct. who accepted the fraudulent
Quitclaim Deeds, never notifying Plaintiff of their existence.
Defendant Budkins said herself she should not have accepted the

Quitclaim Deed of 27 October 2006, as it was defective, and had no documentation as required by law – in the upper left hand corner it should state:  Record and Return – and then to whom it's returned to and at what address, as is to be seen in the second illegal Quitclaim Deed.

146.    Plaintiff's right to her property, both her home at 9 Paddock Drive and the contents, all of her clothes, inherited furniture, all of the children's belongings were illegally seized by Defendants "The Oxmans" .  Plaintiff was not notified as she should have been, and the taxes and transfer monies were "waived".  It's highly unusual.

147.    Because of the Town Clerk's acceptance of a Fraudulent and forged Quitclaim Deed, of which Plaintiff could have had no knowledge, Plaintiff's Federal Constitutional rights to her own property was lost.

148.    The foregoing violations of Plaintiff's Federal constitutional rights and injuries were further directly, forseeably, proximately, and substantially caused by conduct, chargeable to Defendant Butkins, Town Clerk of Greenwich Ct, amounting  to deliberate indifference to the constitutional rights of persons as property owners in the Town of Greenwich Connecticut.

149.    Defendant, Carmel Budkins, acting as the Town Clerk, acted with deliberate indifference to Plaintiff's rights to her own property,

by accepting a Deed that is clearly defective, as she herself admitted to Plaintiff.

150.    Because of Defendants constitutional violations, Plaintiff lost her home and her property on a fully fraudulent and defective Quitclaim Deed because of failure to oversee the Town Clerk by the Town of Greenwich, Connecticut.

151.    By acting with deliberate indifference to implement a policy of adequate training, and/or failing to trains its employees and State actors providing the constitutional protections guaranteed to individuals, including those under the Fourteenth Amendment, when performing actions relating to legal transfer of property, Plaintiff lost her home on a forged deed.

152.    By acting with deliberate indifference in implementing a policy of inadequate supervision, and/or failing to adequately supervise its agents, employees and State actors, in providing the constitutional protections guaranteed to individuals, including those under the Fourteenth Amendment, when performing clerical actions of transfer of property;

153.    The wrong choice by such employees concerning such issues will cause the deprivation of the constitutional rights of litigants and their children, the loss of their home and property, and cause them constitutional injury.

154.    By reason of the foregoing, the Defendants are liable to
Plaintiff pursuant to 42 U.S.C. 1983 – Monell Claims, for punitive
damages, and financial damages to be determined, and other and
just relief as determined by the Court, and any other relief which the
Court deems proper.

## COUNT FOUR:  UNLAWFUL SEARCH AND SEIZURE EXTORTION
## THE HOBBS ACT 18 U.S.C. 1951

155.    Plaintiff repeats and realleges all of the allegations above as if
fully alleged herein:

156.    Defendants invaded Plaintiff's privacy and rights to property,
and are liable to Plaintiff for damages.  The Fourth Amendment
gives rise to a right of action against law officials for damages from
an unlawful search and seizure.

157.    The State actors in New York, Saralee Evans and Laura
Drager, accepted documents they knew were fraudulent.  The Order
to Show Cause, that threatened Plaintiff with arrest was an illegal
document, never served on Plaintiff, but mailed to Plaintiff by
certified mail.  Since Plaintiff had been assaulted in her home, had a
Temporary Order of Protection, Defendants "The Oxmans" response
was to file an Order to Show Cause (listed in the court minutes as a
"Court Exhibit") in order to Deceive the Court, terrify Plaintiff and
her children, and by such a fraudulent document, Plaintiff had not
understanding of her rights, and her first concerns were for her

children. The fake "Order to Show Cause" led to the "Stipulation" to seize Plaintiff's property in January of 2007 and force Plaintiff to lost her home in Connecticut, by what mechanism Plaintiff could not have known. It gives rise to damages from an unlawful search and seizure.

158.   This count is brought by Plaintiff against Defendants alleging a cause of action under The Hobbs Act – 18 U.S.C. 1951, whereby the Defendants, by Fully Deceiving the Court, with illegal documents that were fraudulent and concocted by lawyers Plaintiff had never hired, left Plaintiff with the untrue position of being without a lawyer, when, in fact, Pamela Sloan, Esq., licensed in Connecticut and New York, was still and remains the attorney of record in the underlying case. Defendants deceived Plaintiff into surrendering her home, her property, her rights to same by Extortion, by force, by violence by fear, acting under the color of Official Right. This crossed state lines, making it a Federal case.

159.   Defendants acted intentionally and recklessly to inflict emotional distress upon Plaintiff and the children GGO and WJO, seizing Plaintiff's property in two states and other jurisdictions due to false court proceedings designed to deceive the court and trick Plaintiff into fearing for her well-being, her life, and the well-being and welfare of the children of the marriage. The false state court

proceedings violated Plaintiff's constitutional and due process rights.

160.    As a result of Defendants actions Plaintiff has developed PTSD and severe psychological damage, heartbreak, shock, disbelief, and the emotional distress Plaintiff has suffered is so severe that no reasonable person could be expected to endure it.

161.    Pursuant to claims of the 4th Amendment, and violations of the Hobbs Act, 18 U.S.C. 1951, Plaintiff is entitled to punitive relief, injunctive relief and damages to be determined, and other and just relief as to be determined by the Court, and any other relief which the Court deems proper.

**COUNT FIVE :  MAIL FRAUD 18 U.S.C. 1341**

162.    Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.

163.    This count is brought by Plaintiff against all of the defendants alleging a cause of action under Mail Fraud 18 U.S.C. 1341.

164.    On November 09, 2006, Defendants caused an "Order to Show Cause" Ex Parte, threatening Plaintiff, and unrepresented litigant, as she was told she was fired by Pamela Sloan and Sloan's firm, Herman Sloan Robarge & Sullivan.

165.    Plaintiff, believing she was an unrepresented litigant, received an Order to Show Cause by Certified Mail (no Process Server, No

Affidavit of Service, No Notice of Entry, etc.).  Plaintiff was illegally

threatened BY MAIL for contempt of court, and false threat of

imprisonment, in order to cover the Court deceptions that the

Defendants had engaged in.

166.     This is mail fraud and a violation of 18 U.S.C. 1341 which

prohibits any scheme or "artifice to defraud" that uses any

authorized depository for mail.

167.     This count is brought by Plaintiff against all of the defendants

alleging a cause of action under Mail Fraud 18 U.S.C. 1341.

Specifically Plaintiff alleges that she has been damaged as a result of

these fraudulent acts as set forth above and that this count arises

from scheme to deprive Plaintiff of her freedom, her right to liberty

and pursuit of happiness, freedom of speech, right to due process,

rights to Plaintiff's own property, by terrorizing Plaintiff by mail,

with illegal documents, such as a) the illegal Order to Show Cause,

which is illegally recorded in the Civil Index Minute Book Inquiry p.

2 #16, as "Court Exhibit".

168.     Further, included in EXHIBIT T is additional Mail Fraud,

across state lines, whereby David Typermaas, Esq., on March 16,

2007 sends a Certified Letter to Plaintiff, demanding Plaintiff

remove property from her home, 9 Paddock Drive, Greenwich,

Connecticut, in accordance to "paragraph 18 of your ("Stipulation") ,

however, it shows Plaintiff appears to be unrepresented, and

further, there is not Stipulation to Settlement Contract, as it was never admitted into the Court in any method that is legal; it's a contract that is void ab initio, as Defendants all know.  It's Mail Fraud and part of the scheme to Deceive the Court and terrify the Plaintiff and her children, who were young at that time.

169.   As a result of Mail Fraud by Defendants Plaintiff has suffered stress, financial damages and other damages arising from the schemes described herein by using the mail to terrorize Plaintiff.

170.   As a result of this misconduct, Plaintiff asks for injunctive relief, financial relief for her losses in an amount to be determined, by the Court and any and other further relief the Court deems just and proper.

## COUNT SIX:  UNJUST ENRICHMENT

171.   Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.

172.   In reliance on Defendants' acts and omissions and outrageous conduct, and as an actual and proximate result of Defendants misconduct, nonfeasance and malfeasance described herein, Defendants have been unjustly enriched by Plaintiff, Ellen Oxman, the exact amount to be determined by the Court.

173.   As a result of this misconduct, Plaintiff asks for financial relief for her losses in an amount to be determined by the Court and any and other further relief the Court deems just and proper.

## COUNT SEVEN:  BREACH OF FIDUCIARY DUTIES

174.    Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.

175.    This count is brought by Plaintiff against all defendants alleging a cause of action for breach of fiduciary duties under the laws of the State of Connecticut.

176.    As set forth above, Defendants are sophisticated lawyers and Wall Street bankers, Town Clerk of one of the wealthiest towns in Connecticut, et al.

177.    As set forth above, Defendants were in a position of fiduciaries to Plaintiff and as such owed Plaintiff the utmost duty of care.

178.    As set forth above, the Defendants wrongful conduct arising out of the need to Deceive the Court, and the Public, breached this duty of care.  Defendants wrongful conduct constituted multiple violations under Connecticut law and relevant Federal laws, regarding same. A

179.    As set forth above, Defendants aided and abetted the breach of fiduciary duties because they knew of the schemes to Deceive the Court, and provided substantial assistance in carrying out these schemes on many levels, designed to emotionally damage Plaintiff and GGO and WJO, for reasons known to them.

180.     Each of the defendants separately are liable for all of the damages caused by their own respective wrongful acts constituting breach of the fiduciary duties they owed Plaintiff, and as a result of this breach of fiduciary duties, are responsible for all of the damates caused to Plaintiff thereby.

181.     Each of the Defendants are liable for punitive damages arising from their wrongful acts constituting breach of fiduciary duties insofar as their conduct in furtherance of their wrongful acts as set forth above amounted to egregious and intentional and/or reckless conduct carried out by the defendants and fiduciaries against Plaintiff who was in a far inferior position of knowledge and experience and who entrusted her most import legal matters and other matters to the Defendants under false pretenses.

182.     As a result, Plaintiff asks the Court for financial relief for her losses  in an amount to be determined by the Court and for any other and further relief the Court deems just and proper.

## COUNT EIGHT –  INFLICTION OF EMOTIONAL DISTRESS

183.     **Plaintiff repeats and realleges all of the allegations above as if fully alleged herein.**

184.     **This count is brought by Plaintiff against all the Defendants alleging a cause for intentional infliction of emotional distress under the common law of the State of Connecticut.**

185.    As set forth above, the wrongful conduct of the Defendants

arising out of their schemes was a) intentional and/or reckless and b)

outrageous and intolerable.

186.    At all relevant times, Plaintiff had entrusted sensitive, personal

and potentially valuable legal matters and other matters to the

defendants, who held themselves out as trustworthy professionals.

As set forth above, Plaintiff was defrauded by the Defendants and

the Defendants engaged in a course of conduct directed against

Plaintiff and her young children, in violation of Federal and State law

and in violation of their fiduciary duties to Plaintiff.

187.    As a direct result of the Defendants outrageous and intolerable

wrongful conduct described above, Plaintiff suffered severe

emotional distress and have been damaged thereby.

188.    Each of the Defendants are liable for all damages caused by

their own respective wrongful acts constituting intentional infliction

of emotional distress upon Plaintiff, and as a result of aiding and

abetting wrongful acts set forth above, for all of the damages caused

to Plaintiff thereby.

189.    Each of the Defendants are liable for punitive damages arising

from their wrongful acts constituting intentional infliction of

emotional distress insofar as their conduct in furtherance of their

wrongful acts as set forth above amounted to egregious and

intentional and/or reckless conduct carried out by the defendants as

fiduciaries against Plaintiff who were in a far inferior position of

knowledge and experience and who entrusted her most important

matters, legal and otherwise, to the defendants under false

pretenses.

190.    As a result, Plaintiff asks the Court for damages to be

determined by the Court and for any and other relief the Court

deems just and proper.

**WHEREFORE PLAINTIFF PRAYS FOR THE FOLLOWING**

**RELIEF JOINTLY AND SEVERALLY AGAINST DEFENDANTS;**

**A. That the aforesaid conduct of defendants be adjudged**

**and declared to be in violation of Plaintiff's**

**Constitutional Rights.**

**B. That the aforesaid conduct of defendants be adjudged**

**and declared to have been in violation of the common**

**law and statutes of the United States of America.**

C. C.  That the aforesaid conduct of Defendants be adjudged and declared to have been in violation of the common law and statutes of the State of Connecticut.

D. That the aforesaid conduct of defendants as alleged against each of them herein be adjudged and delcard to have been identity theft, forgery, fraud, conspiracy, unjust enrichment, influence, theft of services, et al

E. That the proceeding before the NY Court, last heard in January of 2016 and ending in an order to deny Plaintiff her rights to property and due process and freedom of speech be adjudged and declared to have been void ab initio for lack of subject matter jurisdiction.

F. That the judgment obtained without the knowledge or consent of the Plaintiff in Manhattan Supreme Court as of on or about November 1, 2006 or Nov 2, 2006 are adjudged and declared to be void ab initio for lack of subject matter jurisdiction.

G. That the Stipulation to Settlement Contracts (5 or more, none matching) and allegedly signed by Plaintiff on 27

October 2006, are adjudged and declared to have been

void as they were never filed with any court, never

served upon Plaintiff, Plaintiff had no possibility to know

they existed and the lawyers who concocted the

documents "on behalf of Plaintiff" remain a mystery.

Said Stipulations to Settlement should be adjudged as

null and void as they don't exist on file in any court in the

United States;  they are void, as is the judgment of

divorce.

H. Granting an order to restore Plaintiff's home at 9

Paddock Drive Greenwich Connecticut to her.

I.  Granting and order that Defendant, John Craig Oxman,

submit to an accounting of assets, that are still in the no

man's land of "TBD" To Be Decided".

J.  Granting an injunction against Defendants from

continuing their unconstitutional conduct.

K. Granting an injunction against Defendants to

Temporarily seize all Defendants assets and prevent

transfer of potentially forfeitable property.

L. Granting an injunction against defendants requiring them to put a performance bond in an amount determined by the Court.

M. Awarding Plaintiff punitive damages to punish defendants and deter them from future misconduct.

N. Awarding fees, costs and disbursements made by Plaintiff in the course of these above described events.

O. A declaratory judgment that the absence of a Final Restraining Order does not negate the existence of domestic violence and that the parties must be aware of what constitutes domestic violence.

P. Such other and further relief as the Court may deem just and proper.

Date _29 September 2016_    _Ellen Oxman_

**ELLEN OXMAN**    1100 Park Ave #6D
N.y., N.y, 10128 (212)996-3636

On the 29 day of September 2016, before me the undersigned, Ellen F. Oxman, personally appeared and signed the within document.

NEEMCHAND GANESH
Notary Public - State of New York
NO. 01GA6343098
Qualified in Bronx County
My Commission Expires Jun 6, 2020

9/29/2016