UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ELLEN OXMAN, G.G.O., W.J.O,** : | |
| : | |
| Plaintiff, : | **CASE NO. 3:16CV1304 (DJS)** |
| : | |
| V. : | |
| : | |
| **JOHN CRAIG OXMAN, DAVID CRAIG** : | |
| **OXMAN, PHYLLIS OXMAN, CATE KEENEY,** : | |
| **PAMELA SLOAN, PETER BRONSTEIN,** : | |
| **DAVID TYPERMAAS, ANDREA MARKS,** : | |
| **MICHAEL D. STUTMAN, ANGELA FLOREA,** : | |
| **JOHN DOES *1-20*, JANE DOES *1-20*, AND** : | |
| **CARMELLA P. BUDKINS,** : | |
| : | |
| **Defendants.** | |

## JUDGMENT

This action having come on for consideration of the plaintiff's complaint dkt. # [1], before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the matters and the full record of the case including applicable principles of law and issued a ruling dkt. # [138] granting the motions to dismiss. Parties G.G.O, W. J. O, Phyllis Oxman, Pamela Sloan and Andrea Marks having been previously terminated; it is therefore

**ORDERED, ADJUDGED AND DECREED** that judgment enter dismissing the case.

Dated at Hartford, Connecticut, this 18th day of September, 2017.


ROBIN D. TABORA, Clerk

By  /s/ TG
     Terri Glynn
     Deputy Clerk

EOD: 9/18/17